1  NIMA GHARAVI
2  4610 North Clark St. #1098
   Chicago, IL 60640
3  +1 (773) 899-4688
4  dmca@midwestwrestle.com
5  Requestor Pro Se



FILED

MAR 06 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11
12
13             CV-25 80056-MISC. LB
14
15  IN RE DMCA SECTION 512(h)        Case No.:
    SUBPOENA TO X CORP.
16                                   REQUEST TO THE CLERK FOR
17                                   ISSUANCE OF SUBPOENA PURSUANT
                                     TO 17 U.S.C. § 512(h) TO IDENTIFY
18                                   ALLEGED COPYRIGHT INFRINGER(S)
19
20
21
22
23
24
25
26
27
28

                                1

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
                              CASE NO.:

Requestor Nima Gharavi ("Requestor") respectfully requests that the Clerk of this Court issue a subpoena pursuant to 17 U.S.C. § 512(h) to X Corp. ("Service Provider") for the purpose of identifying one or more alleged infringers of Requestor's copyright(s). In support of this Request, Requestor states as follows:

1. **Requestor's Copyright Ownership**: Requestor Nima Gharavi is the exclusive owner of the copyright(s) in the motion picture(s) ("the Work") allegedly infringed.

2. **Alleged Infringement**: Requestor has discovered that one or more individuals using Service Provider's platform have allegedly infringed Requestor's exclusive rights, including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproductions copied from the Work to which Requestor retains exclusive copyright(s).

3. **Notification Sent to Service Provider**: Requestor sent one or more notifications to Service Provider in compliance with 17 U.S.C. § 512(c)(3)(A), requesting the removal of the infringing material, attached as Exhibit 1.

4. **Purpose of Subpoena**: The purpose of this subpoena is to obtain information sufficient to identify the alleged infringer(s). *See In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena valid and enforceable to the extent it calls for the production of "the name, last known address, last known telephone number, any

electronic mail addresses associated with each account from [3 years, 2 months, and 26 days] to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts from [3 years, 2 months, and 26 days] to the date of the subpoena").

5. **Compliance with Statutory Requirements**: Pursuant to 17 U.S.C. § 512(h)(2), Requestor has submitted:

   o A copy of the notification(s) sent to Service Provider (Exhibit 1);

   o A proposed subpoena (Exhibit 2); and

   o A sworn declaration confirming that the subpoena is sought solely for the purpose of protecting Requestor's rights under Title 17 (Exhibit 3).

**Clerk's Duty to Issue Subpoena**: Under 17 U.S.C. § 512(h)(4), if the notification satisfies the requirements of Section 512(c)(3)(A), and the proposed subpoena and declaration are in proper form, the Clerk of Court shall expeditiously issue and sign the subpoena.

Dated: February 26, 2025

Nima Gharavi
Requestor Pro Se

REQUEST TO THE CLERK FOR ISSUANCE OF DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.:

# Exhibit 1

## DMCA Takedown Notification #1

**From:** Twitter Support <support@twitter.com>
**Sent:** Tuesday, May 14, 2024 8:39 AM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0368226993 [ref:00DA0000000K0A8.500Vp0000063QCI:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0368226993

2

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=IAVPgyHpvng

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/tcnotyours/status/1653591148277952514

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including

costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp0000063QCI:ref

## DMCA Takedown Notification #2

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, October 10, 2024 4:04 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0379356003 [ref:00DA0000000K0A8.500Vp00000DAQOh:ref]



Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0379356003

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

5

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=UQxjV0SWUzl

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/theSporty_Boy/status/1841886019995447571

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.
ref:00DA0000000K0A8.500Vp00000DAQOh:ref

Help | Privacy
X Corp. 1355 Market Street, Suite 900 San Francisco, CA 9410

7

## DMCA Takedown Notification #3

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, July 4, 2024 8:16 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0372485505 [ref:00DA0000000K0A8.500Vp000008L8xV:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0372485505

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle

8

Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=pTVhbiGgQus
> https://www.youtube.com/watch?v=fzpU8XbyaRo
> https://www.youtube.com/watch?v=nO_E8WEj4xE
> https://www.youtube.com/watch?v=OJPPI2wDzFk
> https://www.youtube.com/watch?v=IK_xnl5prGs
> https://www.youtube.com/watch?v=G3UQ3vbxLvk
> https://www.youtube.com/watch?v=s5MwmDugWcs
> https://www.youtube.com/watch?v=NCfS5-sx8XU
> https://www.youtube.com/watch?v=X_uNIXhPzrs
> https://www.youtube.com/watch?v=dwiUuJtZsEY
> https://www.youtube.com/watch?v=KL20gSVleO0
> https://www.youtube.com/watch?v=MkA38XdEKuM
> https://www.youtube.com/watch?v=i3LUTwHP8rM
> https://www.youtube.com/watch?v=TbqGNh7L8q4
> https://www.youtube.com/watch?v=wJMuy5W--rY
> https://www.youtube.com/watch?v=ud8_sW4PMWg

> https://www.youtube.com/watch?v=O5wLyGUXBK0
> https://www.youtube.com/watch?v=CbpWo7i_NR4
> https://www.youtube.com/watch?v=xcO9pwNrHjE
> https://www.youtube.com/watch?v=HKWFc0S2qxw
> https://www.youtube.com/watch?v=VBXCVI2DjZI
> https://www.youtube.com/watch?v=wXQQ7SGG5NA
> https://www.youtube.com/watch?v=kSb01HKv9qc
> https://www.youtube.com/watch?v=JckQBV820l4
> https://www.youtube.com/watch?v=oP2tNRPmw9g
> https://www.youtube.com/watch?v=VEalWO7UxE0
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://www.youtube.com/watch?v=0WFQHE8pLE0
> https://www.youtube.com/watch?v=YTx1E-2D_Hc
> https://www.youtube.com/watch?v=sr8sBmVwm_M
> https://www.youtube.com/watch?v=BPyHAeS4J6c
> https://www.youtube.com/watch?v=iWrmZFQ79-k

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/wrestlecake2/status/1805679540410503679
> https://x.com/pdxbro17/status/1778164964399980610
> https://x.com/pdxbro17/status/1799821385356956043
> https://x.com/PornHubGayBR/status/1794090778903363785
> https://x.com/BMSport5/status/1807186213138206742
> https://x.com/BMSport5/status/1806076474791018765
> https://x.com/BMSport5/status/1802427458060534028
> https://x.com/BMSport5/status/1801858599796326463
> https://x.com/BMSport5/status/1800249745077567844
> https://x.com/BMSport5/status/1799891299660681385
> https://x.com/BMSport5/status/1794628004275958034
> https://x.com/BMSport5/status/1792283183221817410
> https://x.com/BMSport5/status/1681656575390281730
> https://x.com/BMSport5/status/1681322202988150784
> https://x.com/BMSport5/status/1681034812243472386
> https://x.com/BMSport5/status/1679919328349519889
> https://x.com/BMSport5/status/1679202126684123140
> https://x.com/BMSport5/status/1675487627057700864
> https://x.com/BMSport5/status/1641714749179064321
> https://x.com/BMSport5/status/1641078594670583810
> https://x.com/BMSport5/status/1638582607754452994
> https://x.com/BMSport5/status/1638191563388985354
> https://x.com/BMSport5/status/1637838888864555008
> https://x.com/BMSport5/status/1636750221303742464
> https://x.com/BMSport5/status/1636460087748206598
> https://x.com/BMSport5/status/1636017476705157120
> https://x.com/BMSport5/status/1635684040526245904

> https://x.com/BMSport5/status/1635307316341006336
> https://x.com/BMSport5/status/1635028311566057472
> https://x.com/BMSport5/status/1615436278123700225
> https://x.com/BMSport5/status/1613215711505092630
> https://x.com/BMSport5/status/1612846878726422529
> https://x.com/BMSport5/status/1610749308055216128
> https://x.com/BMSport5/status/1610003905357746179
> https://x.com/BMSport5/status/1609536727747596291
> https://x.com/BMSport5/status/1608886943785586688
> https://x.com/BMSport5/status/1608502184223674377
> https://x.com/BMSport5/status/1606928418125357056
> https://x.com/BMSport5/status/1606564893926227969
> https://x.com/BMSport5/status/1605498928828280832
> https://x.com/BMSport5/status/1605225115733708802
> https://x.com/BMSport5/status/1604886432669175808
> https://x.com/BMSport5/status/1602717851944632321
> https://x.com/BMSport5/status/1601872647536758786
> https://x.com/BMSport5/status/1601616746816753667
> https://x.com/BMSport5/status/1600523473549492227
> https://x.com/BMSport5/status/1600188857097412608
> https://x.com/BMSport5/status/1599899022009208833
> https://x.com/BMSport5/status/1596152841604841472
> https://x.com/BMSport5/status/1595879770339905543
> https://x.com/BMSport5/status/1594251181962190848
> https://x.com/BMSport5/status/1593894878383161345
> https://x.com/BMSport5/status/1593020373259661313
> https://x.com/BMSport5/status/1592610933683388416
> https://x.com/BMSport5/status/1592197639105384448
> https://x.com/BMSport5/status/1591825909039890434
> https://x.com/BMSport5/status/1591477954407981056
> https://x.com/BMSport5/status/1588805895018143744
> https://x.com/BMSport5/status/1588569691160969216
> https://x.com/BMSport5/status/1588229076308971520
> https://x.com/BMSport5/status/1587531665177550854
> https://x.com/BMSport5/status/1586744571643535361
> https://x.com/BMSport5/status/1586087095583780864
> https://x.com/BMSport5/status/1583196379929006081
> https://x.com/BMSport5/status/1582811538607329282
> https://x.com/BMSport5/status/1582377661371817985
> https://x.com/BMSport5/status/1582094308668502016
> https://x.com/BMSport5/status/1581721724650823680

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions (photos and videos) copied from

my original videos that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp000008L8xV:ref

## DMCA Takedown Notification #4

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, July 25, 2024 2:24 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0374030826 [ref:00DA0000000K0A8.500Vp000009H5cu:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0374030826

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain
exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=pgP-P2hfmE0
> https://www.youtube.com/watch?v=wkZ5RY1lphE

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast
URL, Fleet ID, etc.):
> https://x.com/wrestlingdad17/status/1816513648690683937
> https://x.com/tc_notyours/status/1809071842616844748

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions copied from my original video
that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including
costs and attorneys' fees, if I knowingly materially misrepresent that reported material or
activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp000009H5cu:ref

**Help** | **Privacy**
X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

15

<u>DMCA Takedown Notification #5</u>

**From:** Twitter Support <support@twitter.com>
**Sent:** Friday, October 25, 2024 9:24 AM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0380054846 [ref:00DA0000000K0A8.500Vp00000DsCrG:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0380054846

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

16

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain
exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=HG1ZNYmWtfY

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast
URL, Fleet ID, etc.):
> https://x.com/GoodBuddyKIRK/status/1813089683775029329

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that
I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including
costs and attorneys' fees, if I knowingly materially misrepresent that reported material or
activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not
authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp00000DsCrG:ref

Help | Privacy

X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

18

## DMCA Takedown Notification #6

**From:** Twitter Support <support@twitter.com>
**Sent:** Wednesday, December 4, 2024 1:02 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0381866592 [ref:00DA0000000K0A8.500Vp00000FkC42:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0381866592

Copyright owner:

> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://youtu.be/-sOB_L1hUAo
> https://youtu.be/NCfS5-sx8XU
> https://www.youtube.com/watch?v=6rpS7bhhOrg
> https://www.youtube.com/watch?v=dwiUuJtZsEY
> https://www.youtube.com/watch?v=PumpDXz-dE0

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/wrestleLit/status/1864090070141243447
> https://x.com/wrestleLit/status/1864088610666143995
> https://x.com/wrestleLit/status/1864088112550514711
> https://x.com/wrestleLit/status/1864085488145256783
> https://x.com/wrestleLit/status/1864081919018942743
> https://x.com/wrestleLit/status/1864081318017130542
> https://x.com/wjuhot/status/1523684349207805952

20

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions copied from my original videos that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp00000FkC42:ref

**Help** | **Privacy**

X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

## DMCA Takedown Notification #7

**From:** Twitter Support <support@twitter.com>
**Sent:** Wednesday, December 18, 2024 12:09 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0382444884 [ref:00DA0000000K0A8.500Vp00000Gftgr:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0382444884

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:

> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=TLbuok62UuM

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/ohiodaddy330/status/1690380962931077121

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

23

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp00000Gftgr:ref
Help | Privacy
X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

## DMCA Takedown Notification #8

**From:** Twitter Support <support@twitter.com>
**Sent:** Sunday, December 29, 2024 2:13 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0382898293 [ref:00DA0000000K0A8.500Vp00000H74Ge:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-----------------------------------------------
Your ticket number: #0382898293

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=VjKK3OnCQAA
> https://www.youtube.com/watch?v=nO_E8WEj4xE

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/Justme0576314/status/1856306398143090927
> https://x.com/Hotrubbr/status/1872545781762469907

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp00000H74Ge:ref
Help | Privacy
X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

27

## DMCA Takedown Notification #9

**From:** Twitter Support <support@twitter.com>
**Sent:** Monday, January 6, 2025 11:27 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0383246633 [ref:00DA0000000K0A8.500Vp00000HTMOS:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0383246633

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://www.youtube.com/watch?v=CJsIzltdrmM

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/footballprozone/status/1633691394790379521
> https://x.com/AddictAthletes/status/1675902171483717633

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

ref:00DA0000000K0A8.500Vp00000HTMOS:ref
Help | Privacy
X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

## DMCA Takedown Notification #10

**From:** Twitter Support <support@twitter.com>
**Sent:** Sunday, January 12, 2025 2:57 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0383514167 [ref:00DA0000000K0A8.500Vp00000Hknc1:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0383514167

Copyright owner:

31

> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created
and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=ndvFd3c4brk

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL,
Fleet ID, etc.):
> https://x.com/arabi_babe/status/1856842205077672097

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right
to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized
reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs
and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is

infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.

ref:00DA0000000K0A8.500Vp00000Hknc1:ref

Help | Privacy

X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

## DMCA Takedown Notification #11

**From:** X Legal Support <legal-support@x.com>
**Sent:** Sunday, February 9, 2025 11:47 PM
**Subject:** LEGAL-368019: DMCA - Copyright owner

[External email - use caution]

—————

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

--------------------------------------------------
Your ticket number: LEGAL-368019

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle

34

Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/@MidwestWrestle/videos

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/andrewboychurch/status/1664673406711898113
> https://x.com/andrewboychurch/status/1721476665845662027
> https://x.com/andrewboychurch/status/1720119647184536013
> https://x.com/andrewboychurch/status/1686781391403675648
> https://x.com/andrewboychurch/status/1686781559872069632
> https://x.com/andrewboychurch/status/1686781666793332736
> https://x.com/andrewboychurch/status/1679571224794628102
> https://x.com/andrewboychurch/status/1679695263492100098
> https://x.com/andrewboychurch/status/1679695504542953472
> https://x.com/andrewboychurch/status/1668652069551747073
> https://x.com/andrewboychurch/status/1662819836714684416

> https://x.com/andrewboychurch/status/1659118877970927616
> https://x.com/andrewboychurch/status/1416369694714470402
> https://x.com/andrewboychurch/status/1566116167969677312
> https://x.com/andrewboychurch/status/1564207510911070208
> https://x.com/andrewboychurch/status/1541879363259756544
> https://x.com/andrewboychurch/status/1530648610287026176
> https://x.com/andrewboychurch/status/1409007419938672650
> https://x.com/andrewboychurch/status/1409006565093347332
> https://x.com/Band7894/status/1541891889074302976
> https://x.com/Fabiomassimo108/status/1650021551436120065
> https://x.com/Fabiomassimo108/status/1674787362449281024
> https://x.com/Fabiomassimo108/status/1864399960185143379
> https://x.com/Joshie15_15/status/1886068566782324784
> https://x.com/Joshie15_15/status/1886071976457802171
> https://x.com/Joshie15_15/status/1886072942355783901
> https://x.com/Joshie15_15/status/1886073193363894485
> https://x.com/Joshie15_15/status/1887575871856517294
> https://x.com/Joshie15_15/status/1887264801820135564
> https://x.com/Joshie15_15/status/1887264178970263825
> https://x.com/Joshie15_15/status/1885963306629767184
> https://x.com/Joshie15_15/status/1885962925115838968
> https://x.com/Joshie15_15/status/1885962264609505458
> https://x.com/Joshie15_15/status/1885961753671913502
> https://x.com/rgui3131/status/1861511644414681112
> https://x.com/sportsgearfet/status/1783489149380767817
> https://x.com/sportsgearfet/status/1785297419573600564
> https://x.com/sportsgearfet/status/1793621866638434791
> https://x.com/sportsgearfet/status/1797978058982592777
> https://x.com/sportsgearfet/status/1803055810307866635
> https://x.com/sportsgearfet/status/1804868000895705444
> https://x.com/sumrand0mstuff/status/1654381754642313218
> https://x.com/sumrand0mstuff/status/1668284959432355840

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

Additional alleged infringement occurring at a link not accepted by the standard form:
https://x.com/sportsgearfet/header_photo

36

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

## DMCA Takedown Notification #12

**From:** X Legal Support <legal-support@x.com>
**Sent:** Sunday, February 16, 2025 12:53 PM
**Subject:** LEGAL-411057: DMCA - Copyright owner

[External email - use caution]

—————

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page:
https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

-------------------------------------------------
Your ticket number: LEGAL-411057

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle

38

Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/@MidwestWrestle/videos

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/WrestlerHype/status/1890936447030472892
> https://x.com/rameste802/status/1644842263288193024
> https://x.com/rameste802/status/1645506188220440576
> https://x.com/rameste802/status/1888035375861403695
> https://x.com/rameste802/status/1523623596568227842
> https://x.com/rameste802/status/1647929639875100673

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to

39

reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | | |
|---|---|---|
| In re DMCA 512(h) Subpoena to X Corp. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           X Corp., Attn: Safety - Legal Policy
              865 FM 1209 Building 2 Bastrop, TX 78602
              *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: 29 Edgewater Court | Date and Time: |
|---|---|
| San Rafael, CA 94903-2739 | |
| United States of America | 03/31/2025 4:57 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Nima Gharavi _____, who issues or requests this subpoena, are:
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# Exhibit 2

## ATTACHMENT A TO SUBPOENA TO X CORP.

<u>SCHEDULE OF DOCUMENTS TO BE PRODUCED</u>

For each of the twenty-three (23) subsequently listed X Corp. user account(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena. *See In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, at \*4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena valid and enforceable to the extent it calls for the production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from [3 years, 2 months, and 26 days] to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts from [3 years, 2 months, and 26 days] to the date of the subpoena")

1

## USER ACCOUNT(S) FROM DMCA NOTICE #1

1. **@tcnotyours** (tcnotyours) [https://x.com/tcnotyours]

    1. https://twitter.com/tcnotyours/status/1749985411525419150

    2. https://twitter.com/tcnotyours/status/1745654973168267281

    3. https://twitter.com/tcnotyours/status/1743690030680351152

    4. https://twitter.com/tcnotyours/status/1743434644530622507

    5. https://twitter.com/tcnotyours/status/1742400852369760396

    6. https://twitter.com/tcnotyours/status/1741840881752191140

    7. https://twitter.com/tcnotyours/status/1739706122133471368

    8. https://twitter.com/tcnotyours/status/1738774375908647099

    9. https://twitter.com/tcnotyours/status/1734781901372526929

    10. https://twitter.com/tcnotyours/status/1734048900921663562

    11. https://twitter.com/tcnotyours/status/1733607144207896823

    12. https://twitter.com/tcnotyours/status/1733562783071952928

    13. https://twitter.com/tcnotyours/status/1751721817427878252

    14. https://twitter.com/tcnotyours/status/1751000932907622622

    15. https://twitter.com/tcnotyours/status/1758685597751750944

    16. https://twitter.com/tcnotyours/status/1763758400763035720

    17. https://twitter.com/tcnotyours/status/1768472753290567792

    18. https://twitter.com/tcnotyours/status/1769425443671675279

2

19. https://twitter.com/tcnotyours/status/1771291274433196076

20. https://twitter.com/tcnotyours/status/1777030189744017755

21. https://twitter.com/tcnotyours/status/1781103019485970859

22. https://twitter.com/tcnotyours/status/1782839650958049322

23. https://twitter.com/tcnotyours/status/1784729591602426003

24. https://twitter.com/tcnotyours/status/1786830342499770395

25. https://twitter.com/tcnotyours/status/1659009440132022274

26. https://twitter.com/tcnotyours/status/1655222972230295552

27. https://twitter.com/tcnotyours/status/1654188754288902144

28. https://twitter.com/tcnotyours/status/1653768399749627910

29. https://twitter.com/tcnotyours/status/1653591148277952514


## USER ACCOUNT(S) FROM DMCA NOTICE #2

2. **@theSporty_Boy** [https://x.com/theSporty_Boy]

    1. https://twitter.com/theSporty_Boy/status/1768135764112552107

    2. https://twitter.com/theSporty_Boy/status/1764962559508046246

    3. https://twitter.com/theSporty_Boy/status/1762761305084264626

    4. https://twitter.com/theSporty_Boy/status/1768904282231722492

    5. https://twitter.com/theSporty_Boy/status/1743944314781159632

    6. https://twitter.com/theSporty_Boy/status/1636381520922562561

7. https://x.com/theSporty_Boy/status/1843659176456925678

8. https://x.com/theSporty_Boy/status/1841886019995447571


## USER ACCOUNT(S) FROM DMCA NOTICE #3

3. **@wrestlecake2** [https://x.com/wrestlecake2]

    1. https://x.com/wrestlecake2/status/1805679540410503679

4. **@BMSport5** (BMSport5) [https://x.com/BMSport5]

    1. https://x.com/BMSport5/status/1807186213138206742

    2. https://x.com/BMSport5/status/1806076474791018765

    3. https://x.com/BMSport5/status/1802427458060534028

    4. https://x.com/BMSport5/status/1801858599796326463

    5. https://x.com/BMSport5/status/1800249745077567844

    6. https://x.com/BMSport5/status/1799891299660681385

    7. https://x.com/BMSport5/status/1794628004275958034

    8. https://x.com/BMSport5/status/1792283183221817410

    9. https://x.com/BMSport5/status/1681656575390281730

    10. https://x.com/BMSport5/status/1681322202988150784

    11. https://x.com/BMSport5/status/1681034812243472386

    12. https://x.com/BMSport5/status/1679919328349519889

    13. https://x.com/BMSport5/status/1679202126684123140

14. https://x.com/BMSport5/status/1675487627057700864

15. https://x.com/BMSport5/status/1641714749179064321

16. https://x.com/BMSport5/status/1641078594670583810

17. https://x.com/BMSport5/status/1638582607754452994

18. https://x.com/BMSport5/status/1638191563388985354

19. https://x.com/BMSport5/status/1637838888864555008

20. https://x.com/BMSport5/status/1636750221303742464

21. https://x.com/BMSport5/status/1636460087748206598

22. https://x.com/BMSport5/status/1636017476705157120

23. https://x.com/BMSport5/status/1635684040526245904

24. https://x.com/BMSport5/status/1635307316341006336

25. https://x.com/BMSport5/status/1635028311566057472

26. https://x.com/BMSport5/status/1615436278123700225

27. https://x.com/BMSport5/status/1613215711505092630

28. https://x.com/BMSport5/status/1612846878726422529

29. https://x.com/BMSport5/status/1610749308055216128

30. https://x.com/BMSport5/status/1610003905357746179

31. https://x.com/BMSport5/status/1609536727747596291

32. https://x.com/BMSport5/status/1608886943785586688

33. https://x.com/BMSport5/status/1608502184223674377

34. https://x.com/BMSport5/status/1606928418125357056

35. https://x.com/BMSport5/status/1606564893926227969

36. https://x.com/BMSport5/status/1605498928828280832

37. https://x.com/BMSport5/status/1605225115733708802

38. https://x.com/BMSport5/status/1604886432669175808

39. https://x.com/BMSport5/status/1602717851944632321

40. https://x.com/BMSport5/status/1601872647536758786

41. https://x.com/BMSport5/status/1601616746816753667

42. https://x.com/BMSport5/status/1600523473549492227

43. https://x.com/BMSport5/status/1600188857097412608

44. https://x.com/BMSport5/status/1599899022009208833

45. https://x.com/BMSport5/status/1596152841604841472

46. https://x.com/BMSport5/status/1595879770339905543

47. https://x.com/BMSport5/status/1594251181962190848

48. https://x.com/BMSport5/status/1593894878383161345

49. https://x.com/BMSport5/status/1593020373259661313

50. https://x.com/BMSport5/status/1592610933683388416

51. https://x.com/BMSport5/status/1592197639105384448

52. https://x.com/BMSport5/status/1591825909039890434

53. https://x.com/BMSport5/status/1591477954407981056

54. https://x.com/BMSport5/status/1588805895018143744

55. https://x.com/BMSport5/status/1588569691160969216

56. https://x.com/BMSport5/status/1588229076308971520

57. https://x.com/BMSport5/status/1587531665177550854

58. https://x.com/BMSport5/status/1586744571643535361

59. https://x.com/BMSport5/status/1586087095583780864

60. https://x.com/BMSport5/status/1583196379929006081

61. https://x.com/BMSport5/status/1582811538607329282

62. https://x.com/BMSport5/status/1582377661371817985

63. https://x.com/BMSport5/status/1582094308668502016

64. https://x.com/BMSport5/status/1581721724650823680

65. https://x.com/BMSport5/status/1840086870694195696

66. https://x.com/BMSport5/status/1812414309995090408


## USER ACCOUNT(S) FROM DMCA NOTICE #4

5. **@tc_notyours** (tc) [https://x.com/tc_notyours]

    1. https://x.com/tc_notyours/status/1795177889488400514

    2. https://x.com/tc_notyours/status/1795907165028327901

    3. https://x.com/tc_notyours/status/1809071842616844748

    4. https://x.com/tc_notyours/status/1810330000467345459

6. **@wrestlingdad17** (wrestlingdad) [https://x.com/wrestlingdad17]

    1. https://twitter.com/wrestlingdad17/status/1717974034489491644

    2. https://twitter.com/wrestlingdad17/status/1718286794624577914

    3. https://twitter.com/wrestlingdad17/status/1738310601292624062

    4. https://twitter.com/wrestlingdad17/status/1740090996229284030

    5. https://twitter.com/wrestlingdad17/status/1785280070287786194

    6. https://twitter.com/wrestlingdad17/status/1642605504366104580

    7. https://twitter.com/wrestlingdad17/status/1705550429432508511

    8. https://x.com/wrestlingdad17/status/1816513648690683937

    9. https://x.com/wrestlingdad17/status/1838697127427383378

    10. https://x.com/wrestlingdad17/status/1739731724127420925


## USER ACCOUNT(S) FROM DMCA NOTICE #5

7. **@GoodBuddyKIRK** (Good_Buddy) [https://x.com/GoodBuddyKIRK]

    1. https://x.com/GoodBuddyKIRK/status/1746643175945429029

    2. https://x.com/GoodBuddyKIRK/status/1746698404627906648

    3. https://x.com/GoodBuddyKIRK/status/1813089683775029329


## USER ACCOUNT(S) FROM DMCA NOTICE #6

8. **@wrestleLit** (WrestleMe™) [https://x.com/wrestleLit]

    1. https://x.com/wrestleLit/status/1864090070141243447

8

2. https://x.com/wrestleLit/status/1864088610666143995

3. https://x.com/wrestleLit/status/1864088112550514711

4. https://x.com/wrestleLit/status/1864085488145256783

5. https://x.com/wrestleLit/status/1864081919018942743

6. https://x.com/wrestleLit/status/1864081318017130542

## USER ACCOUNT(S) FROM DMCA NOTICE #7

9. **@ohiodaddy330** (Jay Tee) [https://x.com/ohiodaddy330]

   1. https://x.com/ohiodaddy330/status/1690380962931077121

## USER ACCOUNT(S) FROM DMCA NOTICE #8

10. **@Hotrubbr** (Hotrubber) [https://x.com/Hotrubbr]

    1. https://x.com/Hotrubbr/status/1831568929703198850

    2. https://x.com/Hotrubbr/status/1844224947843105205

    3. https://x.com/Hotrubbr/status/1872545781762469907

11. **@Justme0576314** (Justme) [https://x.com/Justme0576314]

    1. https://x.com/Justme0576314/status/1856306398143090927

## USER ACCOUNT(S) FROM DMCA NOTICE #9

12. **@footballprozone** ( 🏈 ) [https://x.com/footballprozone]

    1. https://x.com/footballprozone/status/1633691394790379521

13. **@AddictAthletes** (athletes.addict) [https://x.com/AddictAthletes]

    1. ttps://x.com/AddictAthletes/status/1675902171483717633


## USER ACCOUNT(S) FROM DMCA NOTICE #10

14. **@arabi_babe** (★ arabi babe ★) [https://x.com/arabi_babe]

    1. https://x.com/arabi_babe/status/1856842205077672097


## USER ACCOUNT(S) FROM DMCA NOTICE #11

15. **@andrewboychurch** (Pandyman) [https://x.com/andrewboychurch]

    1. https://x.com/andrewboychurch/status/1664673406711898113

    2. https://x.com/andrewboychurch/status/1721476665845662027

    3. https://x.com/andrewboychurch/status/1720119647184536013

    4. https://x.com/andrewboychurch/status/1686781391403675648

    5. https://x.com/andrewboychurch/status/1686781559872069632

    6. https://x.com/andrewboychurch/status/1686781666793332736

    7. https://x.com/andrewboychurch/status/1679571224794628102

    8. https://x.com/andrewboychurch/status/1679695263492100098

    9. https://x.com/andrewboychurch/status/1679695504542953472

    10. https://x.com/andrewboychurch/status/1668652069551747073

    11. https://x.com/andrewboychurch/status/1662819836714684416

    12. https://x.com/andrewboychurch/status/1659118877970927616

    13. https://x.com/andrewboychurch/status/1416369694714470402

    14. https://x.com/andrewboychurch/status/1566116167969677312

15. https://x.com/andrewboychurch/status/1564207510911070208

16. https://x.com/andrewboychurch/status/1541879363259756544

17. https://x.com/andrewboychurch/status/1530648610287026176

18. https://x.com/andrewboychurch/status/1409007419938672650

19. https://x.com/andrewboychurch/status/1409006565093347332

16. **@Band7894** (bb5678) [https://x.com/Band7894]

   1. https://x.com/Band7894/status/1541891889074302976

17. **@Fabiomassimo108** (I like boys (funny, no porn))

[https://x.com/Fabiomassimo108]

   1. https://x.com/Fabiomassimo108/status/1650021551436120065

   2. https://x.com/Fabiomassimo108/status/1674787362449281024

   3. https://x.com/Fabiomassimo108/status/1864399960185143379

18. **@Joshie15_15** (Joshie15_15) [https://x.com/Joshie15_15]

   1. https://x.com/Joshie15_15/status/1886068566782324784

   2. https://x.com/Joshie15_15/status/1886071976457802171

   3. https://x.com/Joshie15_15/status/1886072942355783901

   4. https://x.com/Joshie15_15/status/1886073193363894485

   5. https://x.com/Joshie15_15/status/1887575871856517294

   6. https://x.com/Joshie15_15/status/1887264801820135564

   7. https://x.com/Joshie15_15/status/1887264178970263825

   8. https://x.com/Joshie15_15/status/1885963306629767184

   9. https://x.com/Joshie15_15/status/1885962925115838968

   10. https://x.com/Joshie15_15/status/1885962264609505458

   11. https://x.com/Joshie15_15/status/1885961753671913502

19. **@rgui3131** (rgui31 FRES 🐾) [https://x.com/rgui3131]

   1. https://x.com/rgui3131/status/1861511644414681112

20. **@sportsgearfet** (Sportsgearfet) [https://x.com/sportsgearfet]

   1. https://x.com/sportsgearfet/status/1783489149380767817

   2. https://x.com/sportsgearfet/status/1785297419573600564

   3. https://x.com/sportsgearfet/status/1793621866638434791

   4. https://x.com/sportsgearfet/status/1797978058982592777

   5. https://x.com/sportsgearfet/status/1803055810307866635

   6. https://x.com/sportsgearfet/status/1804868000895705444

21. **@sumrand0mstuff** (Sum random dude) [https://x.com/sportsgearfet]

   1. https://x.com/sumrand0mstuff/status/1654381754642313218

   2. https://x.com/sumrand0mstuff/status/1668284959432355840

## USER ACCOUNT(S) FROM DMCA NOTICE #12

22. **@WrestlerHype** (the Wrestler Hype) [https://x.com/WrestlerHype]

   1. https://twitter.com/WrestlerHype/status/1636206880132329473

   2. https://x.com/WrestlerHype/status/1890936447030472892

23. **@rameste802** (CristianRamírez) [https://x.com/rameste802]

   1. https://twitter.com/rameste802/status/1635342845275172864

   2. https://twitter.com/rameste802/status/1744377354799984826

   3. https://twitter.com/rameste802/status/1703249606455578743

   4. https://twitter.com/rameste802/status/1705048442865856667

   5. https://twitter.com/rameste802/status/1704675886606487559

   6. https://twitter.com/rameste802/status/1704670483017552204

7. https://twitter.com/rameste802/status/1706215045477331355

8. https://twitter.com/rameste802/status/1707282086409929048

9. https://twitter.com/rameste802/status/1537472046304792576

10. https://twitter.com/rameste802/status/1537471934065217536

11. https://twitter.com/rameste802/status/1537471836417556483

12. https://twitter.com/rameste802/status/1537471734416396290

13. https://twitter.com/rameste802/status/1716113471182450730

14. https://twitter.com/rameste802/status/1716113282547790153

15. https://x.com/rameste802/status/1644842263288193024

16. https://x.com/rameste802/status/1645506188220440576

17. https://x.com/rameste802/status/1888035375861403695

18. https://x.com/rameste802/status/1523623596568227842

19. https://x.com/rameste802/status/1647929639875100673

## RESPONSES TO PRIOR OBJECTIONS

### **"General Objections"**

1. *"The following responses are based on information currently available to X Corp. These responses are given without prejudice to X Corp.'s right to produce or rely on subsequently discovered information."*

   a. X Corp.'s statement that its responses are based on information currently available and given without prejudice to its right to rely on subsequently discovered information is noted but does not relieve X Corp. of its present obligation to respond fully and in good faith to the subpoena. Rule 45 of the Federal Rules of Civil Procedure requires timely compliance with subpoenas unless valid objections are raised and sustained. X Corp. must produce all responsive information within its possession, custody, or control as of the time of its response, and if additional responsive information is discovered later, it may supplement its response as required under Rule 26(e).

   b. Courts have consistently held that a responding party cannot withhold information based on a vague reservation of rights to rely on subsequently discovered materials. If X Corp. believes certain responsive information is unavailable or incomplete at this time, it must clearly identify what information is missing and explain why it cannot currently be provided. However, a blanket reservation of rights does not excuse non-compliance with a validly issued subpoena or justify withholding responsive information.

   c. The requested information—basic subscriber details such as names, addresses, email addresses, and IP logs—is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). X Corp.'s obligation is to produce all such information currently within its possession, custody, or control and supplement its response only if new information becomes available.

2. *X Corp. objects as the Subpoena requests production in Chicago, Illinois, more than 100 miles from where X Corp. is located in violation of Fed. R. Civ. P. 45.*

a. The Federal Rules of Civil Procedure (Rule 45(c)) allow for subpoenas within 100 miles of where a person resides, is employed, or regularly conducts business. If X Corp. believes the production location is improper, it should propose an alternative location or method for compliance, such as electronic production, which would eliminate any undue burden.

b. If, however, X Corp. concludes that physical production is less burdensome than electronic production, it is invited to arrange an appointment to present itself in person in San Rafael, California, which is approximately 51 miles from Palo alto, and 71 miles from San Jose, where X Corp. regularly transacts business in person, in compliance with Fed. R. Civ. P. 45.

3. *X Corp. objects to each Request to the extent it seeks documents not in X Corp.'s possession, custody, or control.*

a. X Corp.'s objection that the subpoena seeks documents not in its possession, custody, or control is misplaced. The subpoena explicitly requests only information that is within X Corp.'s possession, custody, or control, as required under Rule 45 of the Federal Rules of Civil Procedure. If certain requested information is not within X Corp.'s possession, custody, or control, X Corp. must clearly identify what specific information it cannot provide and explain why it is unavailable. A blanket objection without specificity is insufficient under Rule 45(d)(2)(B), which requires objections to be stated with particularity.

b. If X Corp. contends that certain requested information is unavailable because it is no longer retained or has been deleted, it must provide a detailed explanation of its retention policies and efforts made to locate the data. However, such claims do not excuse X Corp. from producing all responsive information that remains accessible and within its control.

4. *X Corp. objects to all definitions, instructions, and Requests that purport to impose obligations on X Corp. that are different from, in addition to, or greater than those set forth in the Federal Rules of Civil Procedure.*

    a.  X Corp.'s objection that the subpoena imposes obligations different from, in addition to, or greater than those set forth in the Federal Rules of Civil Procedure is unfounded. The subpoena is issued pursuant to Rule 45 and complies with all procedural requirements under the Federal Rules of Civil Procedure and 17 U.S.C. § 512(h). It seeks only non-content identifying information, such as names, addresses, email addresses, phone numbers, and IP logs, which is permissible for disclosure under 18 U.S.C. § 2702(c)(6) of the Stored Communications Act (SCA). These requests are consistent with X Corp.'s obligations as a service provider under the DMCA and the Federal Rules.

    b.  The subpoena does not impose any obligations beyond those required by Rule 45 or applicable law. If X Corp. believes specific requests exceed its legal obligations, it must identify those requests individually and explain how they conflict with the Federal Rules or other legal standards. A blanket objection without specificity does not excuse non-compliance.

    c.  The requested information is directly relevant to identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1) and is appropriately limited to non-content data permissible for disclosure under the SCA. X Corp.'s objection does not provide a valid basis for withholding this information.

5. *X Corp. objects to the Subpoena to the extent it calls for information to be produced in a form or manner other than that kept by X Corp. in the usual course of its business.*

    a.  X Corp.'s objection that the subpoena calls for information to be produced in a form or manner other than that kept by X Corp. in the usual course of its business is unfounded. Rule 45(e)(1)(A) of the Federal Rules of Civil Procedure explicitly requires that documents be produced as they are kept in the ordinary course of business or in a reasonably usable form. The subpoena does not request production in any form inconsistent with this requirement, and X Corp. is obligated to produce responsive information in compliance with Rule 45.

    b.  The requested information—basic subscriber details such as names, addresses, email addresses, and IP logs—is routinely maintained by

16

service providers like X Corp. in electronic databases as part of their ordinary business operations. Producing such non-content identifying information does not impose an undue burden when it is limited to data already maintained by X Corp., as is the case here. If X Corp. believes compliance would require production in a manner inconsistent with how it maintains this data, it must specify which requests it believes are improper and propose an alternative format consistent with Rule 45(e)(1)(A). A blanket objection without specificity does not excuse non-compliance under Rule 45(d)(2)(B).

c. The requested information is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1) and is permissible for disclosure under 18 U.S.C. § 2702(c)(6) of the Stored Communications Act (SCA). X Corp.'s obligation is to produce this information as it is kept in the ordinary course of business or in a reasonably usable form, and this objection does not provide a valid basis for withholding responsive data.

6. *X Corp. objects to the extent the Requests call for materials protected by the attorney client privilege, work product doctrine, confidentiality, trade secrets, or any other privilege or protection.*

a. X Corp.'s objection that the subpoena seeks materials protected by the attorney-client privilege, work product doctrine, confidentiality, trade secrets, or other privileges or protections is misplaced. The subpoena is narrowly tailored to seek only non-content identifying information, such as names, addresses, email addresses, phone numbers, and IP logs, which are necessary to identify individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). Such information does not fall within the scope of attorney-client privilege or work product protection, as it does not involve legal advice, confidential communications between a client and attorney, or materials prepared in anticipation of litigation.

b. If X Corp. believes that specific responsive materials are subject to a valid privilege or protection, it must produce a privilege log in accordance with Rule 26(b)(5) of the Federal Rules of Civil Procedure. This log must identify the withheld materials and provide sufficient detail to allow an assessment of the claimed privilege or

17

protection. Blanket objections without specificity do not satisfy X Corp.'s obligations under Rule 45(d)(2)(B) and do not excuse non-compliance with a valid subpoena.

c. Furthermore, courts have consistently held that non-content identifying information is permissible for disclosure under 18 U.S.C. § 2702(c)(6) of the Stored Communications Act (SCA). Such information is routinely maintained by service providers in the ordinary course of business and does not implicate privileges such as attorney-client privilege or work product protection.

d. The requested information is directly relevant and necessary for enforcing my rights under Title 17 and is appropriately limited to non-content data permissible for disclosure under the SCA. X Corp.'s generalized assertion of privilege or protection is unsupported and does not provide a valid basis for withholding responsive information.

7. *X Corp. objects to the Requests to the extent they exceed the scope of basic subscriber information that X Corp. may permissibly produce under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., including the Stored Communications Act, 18 U.S.C. §§ 2701 et seq. ("SCA"), and to the extent they seek the content of a user's electronic communications, such as messages, posts, comments, photos, or videos, because such a request is barred by the SCA. The SCA does not permit private parties to compel production of the content of a user's electronic communications from service providers such as X Corp. by service of a subpoena or court order, and there is no exception for civil discovery demands. 18 U.S.C. §§ 2702(a)(1), (2); 2702(b)(1)- (8); see also Suzlon Energy Ltd. v. Microsoft Corp., 671 F.3d 726, 730 (9th Cir. 2011) (holding that non-governmental entities may not obtain communications content with a civil discovery demand because it would "invade[] the specific interests that the [SCA] seeks to protect."); O'Grady v. Superior Court, 139 Cal. App. 4th 1423, 1441-47 (2006) (holding that the SCA bars civil litigants from obtaining communications content from a service provider). Such requests must be directed to the user or other non-provider entities. Active users can log into their accounts at any time to preserve, collect, produce, and authenticate their account contents. Various tools are available to help users access and download their information. Descriptions of these tools are available in X Corp.'s Help Center (https://help.X Corp..com/en/managing-your- account/accessing-your-X Corp.-data).*

a. X Corp.'s objection that the subpoena exceeds the scope of basic subscriber information permissible under the Electronic Communications Privacy Act (ECPA), including the Stored Communications Act (SCA), is misplaced. The subpoena explicitly seeks only non-content information that is permissible for disclosure under the SCA, specifically basic subscriber information as defined in 18 U.S.C. § 2702(c)(6). This includes details such as names, addresses, IP logs, and other identifying information necessary to enforce my rights under the DMCA.

b. The subpoena does not request the content of any communications, such as messages, posts, comments, photos, or videos, which are protected under the SCA. Instead, it is narrowly tailored to seek only information sufficient to identify individuals responsible for infringing my copyrighted works. Courts have consistently held that such non-content information is not barred by the SCA and may be disclosed pursuant to a valid subpoena (see 18 U.S.C. § 2702(c)(6)).

c. If X Corp. believes specific portions of the subpoena exceed this scope, it must identify those portions with specificity rather than relying on a blanket objection. However, a general assertion that the requests exceed the scope of permissible disclosure under the SCA is unfounded and does not excuse non-compliance with a validly issued subpoena under 17 U.S.C. § 512(h).

8. *X Corp. further objects to the Requests because the materials you provided do not satisfy the First Amendment safeguards required before a litigant may be permitted to unmask the identity of an anonymous speaker. See Smythe v. Does 1-10, No. 15- mc-80292-LB, 2016 WL 54125 (N.D. Cal. Jan. 5, 2016) (denying the motion to enforce a subpoena against X Corp. where movant failed to overcome user's First Amendment right to anonymous speech). Before a subpoena can issue to a service provider like X Corp. for information regarding the identity of an anonymous internet user, the party seeking the information must first demonstrate "that there is a real evidentiary basis for believing that the defendant has engaged in wrongful conduct that has caused real harm to the interests of the plaintiff." Music Grp. Macao Com. Offshore Ltd. v. Does, 82 F. Supp. 3d 979, 983 (N.D. Cal. 2015) (citing Highfields Cap. Mgmt., L.P. v. Doe, 385 F. Supp. 2d 969, 975-76 (N.D. Cal. 2005)); see also Krinsky v. Doe 6, 159 Cal. App. 4th 1154*

19

*(2008) (explaining that a plaintiff seeking to unmask an anonymous speaker must (1) make a reasonable effort to notify the defendant that they are the subject of a subpoena; (2) make a prima facie showing of the elements of defamation; and (3) make clear to the court that the discovery of defendants' identity is necessary to pursue plaintiff's claim). The materials you have provided do not satisfy these requirements.*

a. X Corp.'s objection that the subpoena fails to satisfy the First Amendment safeguards required before unmasking the identity of an anonymous speaker is misplaced. While the First Amendment protects anonymous speech, it does not shield individuals who engage in unlawful activity, such as copyright infringement. Courts have consistently held that when a party makes a prima facie showing of copyright infringement and demonstrates the necessity of identifying the alleged infringer to pursue legal remedies, the First Amendment does not bar disclosure of identifying information.

b. The subpoena issued under 17 U.S.C. § 512(h) complies with all statutory requirements and provides sufficient evidence to meet the applicable First Amendment standards. Specifically:

   i. I submitted a valid DMCA takedown notice under § 512(c)(3)(A), which identifies the copyrighted works infringed and the infringing material (e.g., links to infringing content).
   ii. The subpoena seeks only non-content identifying information, such as names, addresses, email addresses, and IP logs, which are necessary to identify individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1).
   iii. The requested information is directly relevant and narrowly tailored to enforce my rights under Title 17.

c. The court in *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594 (N.D. Cal. Sept. 18, 2024), rejected similar objections from X Corp., emphasizing that "there is no First Amendment right to commit copyright infringement." The court further noted that anonymous speech tied to unlawful acts is entitled to only minimal First Amendment protection and that disclosure is appropriate when a subpoena seeks non-content identifying information necessary for pursuing claims under Title 17.

20

d. Similarly, in *Agdal v. X Corp.*, 2025 WL 81594 (N.D. Cal. Jan. 13, 2025), the court addressed X Corp.'s refusal to comply with a subpoena seeking identifying information about an account allegedly involved in illegal activity and found its objections meritless where there was no evidence that compliance would violate users' First Amendment rights. The court rejected X Corp.'s argument that it could refuse compliance based on a blanket policy requiring judicial review of every subpoena, stating that such conduct is inconsistent with its obligations under Rule 45 and undermines the efficient operation of discovery.

e. Additionally, *Agdal* emphasized that X Corp.'s insistence on requiring judicial intervention for nearly every subpoena—absent any good faith basis for objection—amounts to a request for advisory opinions, which federal courts lack jurisdiction to issue under Article III of the Constitution (*Carney v. Adams*, 592 U.S. 53 (2020)). The court noted that "one violates the law at one's peril; the desire to raise even a good faith constitutional challenge confers no privilege to violate the law" (*Lear Siegler, Inc., Energy Prods. Div. v. Lehman*, 842 F.2d 1102 (9th Cir. 1988) opinion withdrawn in part on other grounds on reh'g, 893 F.2d 205 (9th Cir. 1989)). X Corp.'s conduct in this case risks unnecessarily delaying lawful discovery processes and imposing undue burdens on both parties and the courts.

f. Moreover, *Cognosphere* highlighted that X Corp.'s repeated refusal to comply with validly issued DMCA subpoenas without justification raises concerns about its adherence to ethical obligations under the Federal Rules of Civil Procedure. The court stated:

  i. "COUNSEL FOR X CORP. HAVE ETHICAL AND PROFESSIONAL DUTIES TO ASSERT OBJECTIONS AND REFUSE COMPLIANCE WITH A SUBPOENA ONLY WHEN WELL-GROUNDED AND JUSTIFIED, AND THEY HAVE DUTIES NOT TO UNNECESSARILY MULTIPLY THE PROCEEDINGS."

g. The court further noted that a subpoena is itself a court order. X Corp.'s insistence on requiring judicial intervention for nearly every DMCA subpoena undermines Rule 1's mandate for the just, speedy, and inexpensive determination of every action.

  i. "ACCORDINGLY, TO THE EXTENT X CORP. AND ITS COUNSEL INDICATE IN THE BRIEFING THAT X CORP. MUST VIRTUALLY ALWAYS MOVE TO QUASH

A DMCA SUBPOENA, THAT POSITION IS NOT WELL-SUPPORTED BY
CITATION TO LAW."

h. Repeated refusals without merit may warrant sanctions under Rule 11
   or Rule 26(g) if they unnecessarily increase litigation costs or delay
   proceedings.

i. Here, X Corp.'s blanket objection must articulate any specific basis
   for why this subpoena does not meet First Amendment standards or
   why compliance would violate its users' rights. Courts have
   repeatedly held that claims of anonymity are unpersuasive when tied
   to potentially illegal actions (*Cognosphere, Agdal, Smythe v. Doe*, No.
   CV 15-4801-R, 2015 WL 12819174 (C.D. Cal. Nov. 17, 2015)).

j. Having been put on notice by prior rulings such as *Cognosphere* and
   *Agdal*, X Corp. risks violating its ethical obligations and exposes itself
   to potential sanctions if it continues to maintain a blanket policy of
   refusal to comply with subpoenas such as the instant one without
   presenting a credible basis for its objections.

k. The materials submitted to the court in order obtain the subpoena—
   including the DMCA takedown notice(s)—establish a prima facie
   case of copyright infringement and demonstrate that disclosure of the
   requested information is necessary to enforce my rights under Title
   17. Furthermore, the subpoena does not seek content or expressive
   material but only non-content identifying information, which does not
   implicate significant First Amendment concerns.

l. If X Corp. believes additional safeguards are required in this case, it
   must articulate those concerns with specificity rather than relying on
   generalized objections. However, given the clear evidence of
   copyright infringement and the statutory framework of § 512(h), X
   Corp.'s objection does not provide a valid basis for withholding
   responsive information.

9. *X Corp. objects to the Subpoena on the basis that a DMCA Subpoena is
   improper for a request of this nature.*

   a. X Corp.'s objection that a DMCA subpoena is improper for a request
      of this nature is without merit. The subpoena is issued pursuant to 17

22

U.S.C. § 512(h), which explicitly provides a mechanism for copyright owners to obtain identifying information about alleged infringers from service providers. This statutory provision is designed specifically to assist copyright holders in identifying individuals responsible for infringing activity when the service provider has received a valid DMCA takedown notice under § 512(c)(3)(A). The subpoena complies with all statutory requirements under § 512(h), including:

    i. Providing a copy of the DMCA takedown notice,

   ii. Submitting a proposed subpoena, and

  iii. Including a sworn declaration affirming that the subpoena is sought to identify alleged infringers and that the information will only be used to protect rights under Title 17.

b. The purpose of the DMCA subpoena process is precisely to address situations like this, where identifying information is necessary to enforce copyright protections. X Corp.'s blanket assertion that the subpoena is improper is unsupported by law and does not excuse its obligation to comply with a validly issued DMCA subpoena. If X Corp. believes there are specific legal deficiencies in the subpoena, it must articulate those deficiencies clearly and with specificity rather than making a generalized objection.

10. *X Corp. further objects to the Subpoena because it contains no explanation of how the account holders at issue in the subpoena violated the DMCA.*

a. X Corp.'s objection that the subpoena does not explain how the account holders violated the DMCA is unfounded. A DMCA subpoena under 17 U.S.C. § 512(h) does not require a detailed explanation of how the alleged infringement occurred. The statute only mandates that the requesting party provide:

    i. A copy of a proper DMCA takedown notice (as described in § 512(c)(3)(A)),

   ii. A proposed subpoena, and

  iii. A sworn declaration stating that the subpoena is sought to identify an alleged infringer and that the information will only be used to protect rights under Title 17.

23

b. Once these requirements are satisfied, the clerk of court is obligated to issue the subpoena, and the service provider must comply by providing information sufficient to identify the alleged infringer (§ 512(h)(3)).

c. In this case, every link provided in connection with the subpoena identifies specific content alleged to have infringed upon my exclusive right to reproduce my copyrighted works under 17 U.S.C. § 106(1). These allegations were clearly outlined in my DMCA takedown notice(s), which complied with § 512(c)(3)(A) by:

    i. Identifying the copyrighted works infringed,

    ii. Identifying the infringing material (e.g., links to infringing content), and

    iii. Including a statement under penalty of perjury affirming my good-faith belief that the use was unauthorized.

d. Additionally, while not explicitly stated in my DMCA notices, a subset of these links also relates to content alleged to have tampered with my copyright management information in violation of 17 U.S.C. § 1202(b). These violations are directly relevant to identifying infringers and enforcing my rights under Title 17.

e. The DMCA subpoena process does not require me to litigate or prove my claims at this stage; it merely requires sufficient information to identify alleged infringers so I may pursue enforcement of my rights. If X Corp. believes additional clarification is necessary regarding specific links, it should specify what details it believes are lacking. However, this does not excuse non-compliance with a validly issued subpoena under § 512(h).

11. *These general objections shall apply to each response, and the general objections shall be deemed as continuing as to each Request and are not waived, or limited, by X Corp.'s specific objections and responses.*

a. X Corp.'s assertion that its general objections apply to each response and are "continuing" does not relieve it of its obligation to respond to the subpoena in good faith and with specificity. Blanket or generalized objections are disfavored under the Federal Rules of Civil Procedure, as they fail to provide meaningful guidance about the

nature of the objection or how it applies to specific requests. Rule 45(d)(2)(B) requires objections to be stated with specificity, and courts routinely reject broad, boilerplate objections that do not address the particular requests at issue.

b. To the extent X Corp. believes specific requests are objectionable, it must identify those requests individually, explain the basis for its objections, and propose reasonable alternatives if applicable. Generalized objections that are not tied to specific requests are insufficient and do not excuse non-compliance with a valid subpoena.

c. Moreover, X Corp.'s reservation of rights to amend or supplement its objections does not negate its current obligation to respond fully and in good faith based on the information presently available. If additional objections arise later due to newly discovered information, X Corp. may raise them at that time, but this does not justify withholding responsive information now.

12. *X Corp. reserves the right to amend, supplement, or otherwise modify its responses and interpose objections not asserted herein. X Corp.'s failure to include any objection to the Requests or any particular definition is neither intended as, nor shall in any way be deemed, a waiver of X Corp.'s right to assert that or any other objection.*

a. X Corp.'s reservation of rights to amend, supplement, or modify its objections does not relieve it of its current obligation to respond fully and in good faith to the subpoena based on the information presently available. Rule 45 of the Federal Rules of Civil Procedure requires timely compliance with subpoenas unless valid objections are raised and sustained. A general reservation of rights is not a valid objection and does not excuse X Corp. from producing responsive information that is within its possession, custody, or control.

b. While X Corp. may supplement or modify its responses if new information arises, it must still comply with its present obligations under Rule 45. Courts have consistently held that parties cannot rely on broad reservations of rights to delay or avoid compliance with discovery obligations. If X Corp. has specific objections to particular requests, it must state them with specificity and provide a reasonable basis for withholding or limiting production.

25

    c. This blanket reservation of rights does not justify non-compliance with a validly issued subpoena under 17 U.S.C. § 512(h). X Corp. must provide all responsive information currently available and supplement its responses only if necessary in accordance with Rule 26(e).

### "Specific Responses and Objections"

1. *In addition to the foregoing objections, X Corp. objects to the terms "all information[,]" "sufficient to identify[,]" "full name," and "last known" on the basis that these terms are vague and ambiguous, overbroad, and unduly burdensome, as the scope of materials sought in the Request is unclear.*

    a. X Corp.'s objection that terms such as "all information," "sufficient to identify," "full name," and "last known" are vague, ambiguous, overbroad, and unduly burdensome is unfounded. These terms are standard in subpoenas seeking basic identifying information and are clearly defined within the context of the subpoena. Specifically, the subpoena requests non-content information sufficient to identify individuals responsible for the alleged infringement of my copyrighted works, which is permissible under 17 U.S.C. § 512(h).

    b. The court in *In re DMCA Subpoena to eBay, Inc.*, 2015 WL 3555270 (S.D. Cal. June 5, 2015), addressed similar objections regarding the scope of a DMCA subpoena. The court found that while the subpoena must be limited to information "sufficient to identify the alleged infringers," terms like these are not inherently vague or ambiguous when tied to identifying information such as names, addresses, telephone numbers, email addresses, and IP logs. The court emphasized that such identifying information is necessary for copyright holders to enforce their rights under Title 17 and rejected arguments that these terms imposed an undue burden on the service provider.

    c. Moreover, X Corp. has not provided any specific explanation as to why these terms are unclear or how they impose an undue burden in this case. Generalized objections without specific support are disfavored under Rule 45(d)(2)(B), which requires objections to be stated with particularity. If X Corp. believes certain requests are

26

unclear or overly broad, it must identify those specific requests and propose reasonable clarifications or limitations rather than making a blanket objection.

d. Finally, as noted in *In re DMCA Subpoena to eBay, Inc.*, a DMCA subpoena is valid and enforceable as long as it seeks information sufficient to identify alleged infringers and complies with the procedural requirements of § 512(h). The requested information in this case—such as names, addresses, email addresses, and IP logs—is directly relevant and necessary for identifying individuals who have, *inter alia*, allegedly infringed upon my exclusive rights under 17 U.S.C. § 106(1).

2. *X Corp. further objects to the Subpoena to the extent that it calls for confidential, personal, private, and/or protected information.*

   a. X Corp.'s objection that the subpoena calls for confidential, personal, private, and/or protected information is without merit. The subpoena explicitly seeks only basic subscriber information that is permissible for disclosure under the Stored Communications Act (SCA), 18 U.S.C. § 2702(c)(6). This includes non-content information such as names, addresses, phone numbers, email addresses, and IP logs—none of which are considered confidential or protected by the SCA when disclosed in response to a valid subpoena.

   b. Moreover, any concerns about privacy are addressed by the statutory framework of § 512(h), which ensures that subpoenas are issued only after proper compliance with procedural safeguards. Specifically, I provided:

      i. A valid DMCA takedown notice under § 512(c)(3)(A),
      ii. A proposed subpoena seeking only identifying information necessary to enforce my rights under Title 17, and
      iii. A sworn declaration affirming that the requested information will only be used to protect my rights under Title 17.

   c. These procedural safeguards balance the privacy interests of users with the rights of copyright holders to pursue legal remedies for infringement.

27

d. Finally, X Corp.'s blanket objection fails to specify how or why the requested information is confidential or protected in this case. Rule 45(d)(2)(B) requires objections to be stated with particularity. If X Corp. believes specific requests are improper, it must identify those requests individually and provide a clear explanation of its reasoning. The requested information is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). X Corp.'s objection does not justify withholding this information under these circumstances.

3. *X Corp. further objects to the Request to the extent it exceeds the scope of basic subscriber information that X Corp. may permissibly produce under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., including the SCA, 18 U.S.C. §§ 2701 et seq., and to the extent it seeks information that is prohibited from disclosure and/or is not subject to production under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510 et seq., including the SCA, 18 U.S.C. §§ 2701 et seq.*

a. X Corp.'s objection that the subpoena exceeds the scope of basic subscriber information permissible under the Stored Communications Act (SCA), 18 U.S.C. §§ 2510 et seq., is unfounded. The subpoena explicitly seeks non-content information that is permissible for disclosure under the SCA, specifically under 18 U.S.C. § 2702(c)(6). This includes basic subscriber information such as names, addresses, phone numbers, email addresses, and IP logs—categories of information that courts have consistently held are not protected from disclosure under the SCA when requested through a valid subpoena.

b. The SCA prohibits the disclosure of the content of communications without proper authorization but expressly allows service providers to disclose non-content information, such as basic subscriber details, in response to a valid subpoena. The subpoena issued here complies with all requirements under 17 U.S.C. § 512(h), including:

   i. A valid DMCA takedown notice under § 512(c)(3)(A),
   ii. A proposed subpoena seeking only non-content identifying information, and
   iii. A sworn declaration affirming that the requested information will only be used to protect my rights under Title 17.

c. Courts have repeatedly addressed similar objections and confirmed that basic subscriber information is not protected by the SCA and must be disclosed in response to a valid DMCA subpoena. Moreover, they have emphasized that non-content identifying information is necessary for copyright holders to enforce their rights and does not implicate the privacy concerns or statutory protections afforded to content data.

d. X Corp.'s blanket objection fails to identify any specific requests within the subpoena that allegedly exceed the scope of permissible disclosure under the SCA. Rule 45(d)(2)(B) requires objections to be stated with particularity, and generalized objections are insufficient to justify withholding responsive information. If X Corp. believes certain requests are improper, it must identify those requests individually and explain why they exceed the scope of permissible disclosure.

e. The requested information is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). The subpoena does not seek protected content data but rather non-content identifying information explicitly allowed under § 2702(c)(6). X Corp.'s objection does not provide a valid basis for withholding this information.

4. *X Corp. further objects to the Request to the extent that the materials provided do not satisfy the requisite First Amendment safeguards.*

a. X Corp.'s assertion that the subpoena implicates the First Amendment rights of anonymous speakers is misplaced because the type of speech at issue here is not "core" First Amendment expression, such as political or religious speech, which receives the highest level of constitutional protection. The court in *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594 (N.D. Cal. Sept. 18, 2024), explicitly addressed this distinction, noting that while anonymous speech is generally protected under the First Amendment, the level of scrutiny depends on the nature of the speech. The court explained that "core" First Amendment expression includes political and religious speech, which are afforded exacting scrutiny when restricted (McIntyre v. Ohio Elections Comm'n, 514 U.S. 334, 347 (1995)). In contrast, speech involving copyright infringement does not fall within this category and is entitled to only minimal protection.

b. Here, the alleged activity involves posting unauthorized copies of copyrighted materials, which constitutes copyright infringement rather than protected political or religious expression. As *Cognosphere* emphasized, "there is no First Amendment right to commit copyright infringement." Courts have consistently held that sharing unauthorized copies of copyrighted works qualifies as speech only to a limited degree and does not implicate significant constitutional concerns (Sony Music Entm't Inc. v. Does 1-40, 326 F. Supp. 2d 556, 564 (S.D.N.Y. 2004)). The court in *Cognosphere* further noted that the speech in question—posting infringing content—is neither political nor religious and therefore does not warrant heightened First Amendment scrutiny.

c. Given that the subpoena seeks non-content identifying information necessary to pursue claims of copyright infringement, X Corp.'s invocation of the First Amendment is unavailing in this context. The nature of the alleged activity does not involve core constitutional rights but rather unlawful conduct that falls outside the scope of robust First Amendment protections.

d. The court in *Agdal v. X Corp.*, 2025 WL 81594 (N.D. Cal. Jan. 13, 2025), rejected similar objections from X Corp., holding that the First Amendment does not prevent disclosure of identifying information when the speech at issue is associated with illegal activity, such as copyright infringement or hacking. The court emphasized that anonymous speech tied to unlawful acts is entitled to only minimal First Amendment protection and that disclosure is appropriate when a subpoena seeks non-content identifying information necessary for pursuing claims under Title 17. In this case, I have satisfied all requirements for issuing a valid DMCA subpoena under 17 U.S.C. § 512(h), including:

   i. Submitting a valid DMCA takedown notice under § 512(c)(3)(A), which identifies the copyrighted works infringed and the infringing material (e.g., links to infringing content).
   ii. Demonstrating a prima facie case of copyright infringement, as required by case law such as *Cognosphere*.
   iii. Showing that the requested information—basic subscriber details such as names, addresses, email addresses, and IP

30

logs—is directly relevant and necessary to identify individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1).

e.  The court in *Agdal* further noted that X Corp.'s blanket policy of refusing compliance with subpoenas absent judicial intervention is improper when it lacks a good faith basis to believe compliance would violate the First Amendment. The court rejected X Corp.'s argument that it could refuse compliance simply because it preferred a court to conduct a First Amendment review, finding that such refusals are inconsistent with its legal obligations under § 512(h).

f.  Additionally, *Agdal* emphasized that X Corp.'s insistence on requiring judicial intervention for nearly every subpoena "as a matter of course" —absent any good faith basis for objection—amounts to a request for advisory opinions, which federal courts lack jurisdiction to issue under Article III of the Constitution (*Carney v. Adams*, 592 U.S. 53 (2020)). The court noted that "one violates the law at one's peril; the desire to raise even a good faith constitutional challenge confers no privilege to violate the law" (*Lear Siegler, Inc., Energy Prods. Div. v. Lehman*, 842 F.2d 1102 (9th Cir. 1988) opinion withdrawn in part on other grounds on reh'g, 893 F.2d 205 (9th Cir. 1989)). X Corp.'s conduct in this case risks unnecessarily delaying lawful discovery processes and imposing undue burdens on both parties and the courts.

g.  Finally, balancing the equities also supports disclosure in this case. The requested information is critical for enforcing my copyright rights and pursuing legal remedies against infringers, while the privacy interest of individuals engaging in unlawful activity such as copyright infringement is minimal. As noted in *Agdal*, "[a]n assertion of anonymity for fear of being connected to potentially illegal action is unpersuasive" (citing *Smythe v. Doe*, No. CV 15-4801-R, 2015 WL 12819174 (C.D. Cal. Nov. 17, 2015)).

h.  X Corp.'s objection does not provide a valid basis for withholding information responsive to this subpoena under these circumstances.

5.  *X Corp. objects to the Request on the basis that a DMCA Subpoena is improper for a request of this nature.*

31

a. X Corp.'s objection that a DMCA subpoena is improper for a request of this nature is without merit. The subpoena was issued pursuant to 17 U.S.C. § 512(h), which explicitly provides a mechanism for copyright owners to obtain identifying information about alleged infringers from service providers. This statutory provision is specifically designed to assist copyright holders in identifying individuals responsible for infringing activity when the service provider has received a valid DMCA takedown notice under § 512(c)(3)(A). The subpoena complies with all statutory requirements under § 512(h), including:

   i. A valid DMCA takedown notice identifying the copyrighted works infringed and the infringing material,
   ii. A proposed subpoena seeking only non-content identifying information sufficient to identify the alleged infringers, and
   iii. A sworn declaration affirming that the subpoena is sought solely to protect my rights under Title 17.

b. The court in *In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, (S.D. Cal. June 5, 2015) rejected similar objections to a DMCA subpoena and emphasized that § 512(h) provides a clear statutory framework for copyright holders to obtain identifying information about alleged infringers. The court held that compliance with procedural requirements under § 512(h) obligates service providers like X Corp. to disclose the requested information, which includes basic subscriber details such as names, addresses, email addresses, and IP logs.

c. Additionally, *Agdal* and *Cognosphere* reinforced that service providers cannot impose additional conditions or refuse compliance based on blanket policies requiring court orders or further justification beyond what is mandated by § 512(h). Courts have repeatedly held that a subpoena issued under this section is valid and enforceable as long as it meets the statutory requirements, regardless of whether the service provider agrees with the underlying claims or seeks additional judicial review.

d. X Corp.'s objection does not provide any specific reasoning or legal authority to support its claim that the DMCA subpoena process is improper in this case. If X Corp. believes there are specific

deficiencies in the subpoena, it must articulate those deficiencies clearly and with particularity, as required by Rule 45(d)(2)(B). A blanket objection does not excuse non-compliance with a validly issued subpoena.

e.  The requested information—basic subscriber details such as names, addresses, email addresses, and IP logs—is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). The DMCA subpoena process is explicitly designed to facilitate such identification, making X Corp.'s objection unfounded.

6.  *X Corp. objects as the requested production location is Chicago, Illinois, more than 100 miles from where X Corp. is located in violation of Fed. R. Civ. P. 45.*

    *a.*  The Federal Rules of Civil Procedure (Rule 45(c)) allow for subpoenas within 100 miles of where a person resides, is employed, or regularly conducts business. If X Corp. believes the production location is improper, it should propose an alternative location or method for compliance, such as electronic production, which would eliminate any undue burden.

    b.  If, however, X Corp. concludes that physical production is less burdensome than electronic production, it is invited to arrange an appointment to present itself in person in San Rafael, California, which is approximately 51 miles from Palo alto, and 71 miles from San Jose, where X Corp. regularly transacts business in person, in compliance with Fed. R. Civ. P. 45.

7.  *X Corp. further objects to this Request as overbroad because X Corp. either does not understand your need for the requested data, or does not believe your request to be appropriately limited to data necessary or relevant for your litigation.*

    a.  X Corp.'s objection that the subpoena is overbroad because it either does not understand the need for the requested data or does not believe the request is appropriately limited is unfounded. The subpoena is narrowly tailored and seeks only non-content information sufficient to identify individuals responsible for infringing my

33

exclusive rights under 17 U.S.C. § 106(1). Specifically, it requests basic subscriber information such as names, addresses, email addresses, phone numbers, and IP logs—categories of information that are directly relevant to identifying alleged infringers and permissible for disclosure under 18 U.S.C. § 2702(c)(6) of the Stored Communications Act (SCA).

b. The court in *In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, (S.D. Cal. June 5, 2015), rejected similar objections and held that DMCA subpoenas issued under 17 U.S.C. § 512(h) are valid when they are limited to "information sufficient to identify these alleged infringers." (internal quotation marks omitted)

c. Additionally, any suggestion that X Corp. does not understand the need for the requested data is disingenuous. The subpoena was issued pursuant to § 512(h) following one or more valid DMCA takedown notice(s) under § 512(c)(3)(A), which clearly identified the copyrighted works infringed and the infringing material (e.g., links to infringing content). The purpose of the subpoena is explicitly to identify alleged infringers in order to enforce my rights under Title 17. This purpose is inherent in the DMCA's statutory framework and has been upheld by courts as a legitimate basis for obtaining subscriber information.

d. If X Corp. believes specific portions of the subpoena are overbroad or unclear, it must identify those portions with specificity and provide a reasonable explanation as required by Rule 45(d)(2)(B). A generalized objection without particularity fails to meet this standard and does not excuse non-compliance with a validly issued subpoena.

e. The requested information is directly relevant and necessary for enforcing my rights under Title 17 and is appropriately limited to identifying information permissible under § 2702(c)(6). X Corp.'s objection does not provide a valid basis for withholding this information.

8. *X Corp. objects to the Subpoena to the extent that it seeks deleted content because, to the extent any such data exists, it is not reasonably accessible. See United States v. Amerigroup Ill., Inc., No. 02 C 6074, 2005 WL*

34

*3111972, at \*3-7 (N.D. Ill. Oct. 21, 2005) (restoration of deleted content constitutes an "undue burden," and nonparties are not subject to the significant burden of restoring such data).*

a. X Corp.'s objection that the subpoena seeks deleted content and that such data, if it exists, is not reasonably accessible is misplaced. The subpoena does not explicitly request deleted content or impose any obligation on X Corp. to restore inaccessible data. Instead, it seeks non-content identifying information, such as names, addresses, email addresses, phone numbers, and IP logs, which are typically retained by service providers in the ordinary course of business and are permissible for disclosure under 18 U.S.C. § 2702(c)(6) of the Stored Communications Act (SCA).

b. To the extent that any requested information is no longer available due to deletion or other reasons, X Corp. should specify what information is unavailable and why. Blanket objections asserting that data is "not reasonably accessible" without providing details or evidence fail to satisfy Rule 45(d)(2)(B), which requires objections to be stated with particularity. Courts have consistently held that service providers must make reasonable efforts to locate and produce responsive information within their possession, custody, or control.

c. If X Corp. contends that certain requested data is inaccessible due to deletion or other technical limitations, it should provide a detailed explanation of the efforts made to locate the data and why it cannot be retrieved. However, this does not excuse X Corp. from producing all responsive information that remains accessible and within its possession, custody, or control.

d. The requested information is directly relevant and necessary for identifying individuals responsible for infringing my exclusive rights under 17 U.S.C. § 106(1). To the extent that X Corp. retains any responsive data in the ordinary course of business, it must produce such information in compliance with the subpoena.

# Exhibit 3

1
2
3
4
5

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com
Requestor Pro Se

6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13

Case No.:

14
15

IN RE DMCA SECTION 512(h)
SUBPOENA TO X CORP.

DECLARATION IN SUPPORT OF
SUBPOENA TO OBTAIN THE
IDENTITY OF ONE OR MORE
ALLEGED INFRINGERS PURSUANT
TO 17 U.S.C. § 512(h)

16
17
18
19
20
21
22
23
24
25
26
27
28

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

1. **Purpose**: I am the original creator and exclusive owner of all copyrights in all motion pictures published to the YouTube channel "https://www.youtube.com/MidwestWrestle" (collectively "the Work") protected under U.S. copyright law. I have reason to believe that one or more individuals have infringed my copyright(s) in the Work by publishing one or more unauthorized reproductions copied from the Work.

2. **DMCA Notice**: I sent one or more DMCA takedown notices ("Exhibit 1") to X Corp. pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

3. **Request for Subpoena**: I am requesting the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringer(s). The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

4. **Good Faith Belief**: I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

DECLARATION IN SUPPORT OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.:

1  I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct.

3

4

5  Executed on February 26, 2025 at Chicago, Illinois.

6

7

8                                                      Nima Gharavi
                                                       Requestor Pro Se
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)
CASE NO.:



Insert shipping document here.

FROM:    (773) 899-4688
Nima Gharavi
4610 North Clark St. #1098
CHICAGO IL 60640
US

SHIP DATE: 28FEB25
ACTWGT: 1.00 LB
CAD: 7306079/INET4535

BILL SENDER

TO Civil Intake, District Court Clerk
United States Courthouse
1301 Clay Street, Suite 400 S

OAKLAND CA 94612
(510) 637-3530
INV:
PO:                    DEPT:        REF:

(US)

FedEx
Ground

G

TRK#    7723 4927 1543

94612

9622 0019 0 (000 000 0000) 0 00 7723 4927 1543

220-5545

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com/packaging for packing tips.

Check your FedEx Express shipping document, the current FedEx Service and

Do not ship liquids, blood or clinical specimens in this packaging.

01/03/25 12:09

FedEx ®

Align top of FedEx Express® shipping label here.



FXG Relabel
02/28/2025 05:19 AM

9622 0019 0 (000 699 8258) 9 00 7723 4927 1543