

# U.S. District Court

## California Northern - Oakland

Receipt Date: Mar 6, 2025 9:49AM

Nima Gharavi
628 W. Roscoe St., Apt. 3N
Chicago, IL 60657-2947

| Rcpt. No: 411018420 | Trans. Date: Mar 6, 2025 9:49AM | | | Cashier ID: #KM (6442) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1084 | 02/26/2025 | | $52.00 |
| | | | Total Due Prior to Payment: | | $52.00 |
| | | | Total Tendered: | | $52.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** 3:25-mc-80056-LB

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.