# Exhibit 4

DMCA Takedown Notification #1

**From:** Twitter Support <support@twitter.com>
**Sent:** Tuesday, May 14, 2024 8:39 AM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0368226993 [ref:00DA0000000K0A8.500Vp0000063QCI:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0368226993

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=IAVPgyHpvng

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://twitter.com/tcnotyours/status/1653591148277952514

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including

costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US
.

ref:00DA0000000K0A8.500Vp0000063QCl:ref
**Help** | **Privacy**
X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

## DMCA Takedown Notification #2

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, October 10, 2024 4:04 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0379356003 [ref:00DA0000000K0A8.500Vp00000DAQOh:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0379356003

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=UQxjV0SWUzI

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/theSporty_Boy/status/1841886019995447571

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US
.
ref:00DA0000000K0A8.500Vp00000DAQOh:ref

**Help** | **Privacy**

X Corp. 1355 Market Street, Suite 900 San Francisco, CA 9410

<u>DMCA Takedown Notification #3</u>

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, July 4, 2024 8:16 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0372485505 [ref:00DA0000000K0A8.500Vp000008L8xV:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.twitter.com/rules-and-policies/twitter-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://help.twitter.com/rules-and-policies/twitter-rules.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0372485505

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle

Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=pTVhbiGgQus
> https://www.youtube.com/watch?v=fzpU8XbyaRo
> https://www.youtube.com/watch?v=nO_E8WEj4xE
> https://www.youtube.com/watch?v=OJPPI2wDzFk
> https://www.youtube.com/watch?v=IK_xnl5prGs
> https://www.youtube.com/watch?v=G3UQ3vbxLvk
> https://www.youtube.com/watch?v=s5MwmDugWcs
> https://www.youtube.com/watch?v=NCfS5-sx8XU
> https://www.youtube.com/watch?v=X_uNIXhPzrs
> https://www.youtube.com/watch?v=dwiUuJtZsEY
> https://www.youtube.com/watch?v=KL20gSVleO0
> https://www.youtube.com/watch?v=MkA38XdEKuM
> https://www.youtube.com/watch?v=i3LUTwHP8rM
> https://www.youtube.com/watch?v=TbqGNh7L8q4
> https://www.youtube.com/watch?v=wJMuy5W--rY
> https://www.youtube.com/watch?v=ud8_sW4PMWg

> https://www.youtube.com/watch?v=O5wLyGUXBK0
> https://www.youtube.com/watch?v=CbpWo7i_NR4
> https://www.youtube.com/watch?v=xcO9pwNrHjE
> https://www.youtube.com/watch?v=HKWFc0S2qxw
> https://www.youtube.com/watch?v=VBXCVI2DjZI
> https://www.youtube.com/watch?v=wXQQ7SGG5NA
> https://www.youtube.com/watch?v=kSb01HKv9qc
> https://www.youtube.com/watch?v=JckQBV820l4
> https://www.youtube.com/watch?v=oP2tNRPmw9g
> https://www.youtube.com/watch?v=VEalWO7UxE0
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://www.youtube.com/watch?v=0WFQHE8pLE0
> https://www.youtube.com/watch?v=YTx1E-2D_Hc
> https://www.youtube.com/watch?v=sr8sBmVwm_M
> https://www.youtube.com/watch?v=BPyHAeS4J6c
> https://www.youtube.com/watch?v=iWrmZFQ79-k

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/wrestlecake2/status/1805679540410503679
> https://x.com/pdxbro17/status/1778164964399980610
> https://x.com/pdxbro17/status/1799821385356956043
> https://x.com/PornHubGayBR/status/1794090778903363785
> https://x.com/BMSport5/status/1807186213138206742
> https://x.com/BMSport5/status/1806076474791018765
> https://x.com/BMSport5/status/1802427458060534028
> https://x.com/BMSport5/status/1801858599796326463
> https://x.com/BMSport5/status/1800249745077567844
> https://x.com/BMSport5/status/1799891299660681385
> https://x.com/BMSport5/status/1794628004275958034
> https://x.com/BMSport5/status/1792283183221817410
> https://x.com/BMSport5/status/1681656575390281730
> https://x.com/BMSport5/status/1681322202988150784
> https://x.com/BMSport5/status/1681034812243472386
> https://x.com/BMSport5/status/1679919328349519889
> https://x.com/BMSport5/status/1679202126684123140
> https://x.com/BMSport5/status/1675487627057700864
> https://x.com/BMSport5/status/1641714749179064321
> https://x.com/BMSport5/status/1641078594670583810
> https://x.com/BMSport5/status/1638582607754452994
> https://x.com/BMSport5/status/1638191563388985354
> https://x.com/BMSport5/status/1637838888864555008
> https://x.com/BMSport5/status/1636750221303742464
> https://x.com/BMSport5/status/1636460087748206598
> https://x.com/BMSport5/status/1636017476705157120
> https://x.com/BMSport5/status/1635684040526245904

> https://x.com/BMSport5/status/1635307316341006336
> https://x.com/BMSport5/status/1635028311566057472
> https://x.com/BMSport5/status/1615436278123700225
> https://x.com/BMSport5/status/1613215711505092630
> https://x.com/BMSport5/status/1612846878726422529
> https://x.com/BMSport5/status/1610749308055216128
> https://x.com/BMSport5/status/1610003905357746179
> https://x.com/BMSport5/status/1609536727747596291
> https://x.com/BMSport5/status/1608886943785586688
> https://x.com/BMSport5/status/1608502184223674377
> https://x.com/BMSport5/status/1606928418125357056
> https://x.com/BMSport5/status/1606564893926227969
> https://x.com/BMSport5/status/1605498928828280832
> https://x.com/BMSport5/status/1605225115733708802
> https://x.com/BMSport5/status/1604886432669175808
> https://x.com/BMSport5/status/1602717851944632321
> https://x.com/BMSport5/status/1601872647536758786
> https://x.com/BMSport5/status/1601616746816753667
> https://x.com/BMSport5/status/1600523473549492227
> https://x.com/BMSport5/status/1600188857097412608
> https://x.com/BMSport5/status/1599899022009208833
> https://x.com/BMSport5/status/1596152841604841472
> https://x.com/BMSport5/status/1595879770339905543
> https://x.com/BMSport5/status/1594251181962190848
> https://x.com/BMSport5/status/1593894878383161345
> https://x.com/BMSport5/status/1593020373259661313
> https://x.com/BMSport5/status/1592610933683388416
> https://x.com/BMSport5/status/1592197639105384448
> https://x.com/BMSport5/status/1591825909039890434
> https://x.com/BMSport5/status/1591477954407981056
> https://x.com/BMSport5/status/1588805895018143744
> https://x.com/BMSport5/status/1588569691160969216
> https://x.com/BMSport5/status/1588229076308971520
> https://x.com/BMSport5/status/1587531665177550854
> https://x.com/BMSport5/status/1586744571643535361
> https://x.com/BMSport5/status/1586087095583780864
> https://x.com/BMSport5/status/1583196379929006081
> https://x.com/BMSport5/status/1582811538607329282
> https://x.com/BMSport5/status/1582377661371817985
> https://x.com/BMSport5/status/1582094308668502016
> https://x.com/BMSport5/status/1581721724650823680

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions (photos and videos) copied from

my original videos that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.
ref:00DA0000000K0A8.500Vp000008L8xV:ref

Help | Privacy
X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

DMCA Takedown Notification #4

**From:** Twitter Support <support@twitter.com>
**Sent:** Thursday, July 25, 2024 2:24 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0374030826 [ref:00DA0000000K0A8.500Vp000009H5cu:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0374030826

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=pgP-P2hfmE0
> https://www.youtube.com/watch?v=wkZ5RY1IphE

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/wrestlingdad17/status/1816513648690683937
> https://x.com/tc_notyours/status/1809071842616844748

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:

> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US
.
ref:00DA0000000K0A8.500Vp000009H5cu:ref

## DMCA Takedown Notification #5

**From:** Twitter Support <support@twitter.com>
**Sent:** Friday, October 25, 2024 9:24 AM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0380054846 [ref:00DA0000000K0A8.500Vp00000DsCrG:ref]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------
Your ticket number: #0380054846

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle

Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=HG1ZNYmWtfY

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/GoodBuddyKIRK/status/1813089683775029329

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US
.
ref:00DA0000000K0A8.500Vp00000DsCrG:ref

**Help** | **Privacy**

X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

## DMCA Takedown Notification #6

**From:** Twitter Support <support@twitter.com>
**Sent:** Wednesday, December 4, 2024 1:02 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0381866592 [ref:00DA0000000K0A8.500Vp00000FkC42:ref]


[External email - use caution]


Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0381866592

Copyright owner:

> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted works that were infringed are videos that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://youtu.be/-sOB_L1hUAo
> https://youtu.be/NCfS5-sx8XU
> https://www.youtube.com/watch?v=6rpS7bhhOrg
> https://www.youtube.com/watch?v=dwiUuJtZsEY
> https://www.youtube.com/watch?v=PumpDXz-dE0

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/wrestleLit/status/1864090070141243447
> https://x.com/wrestleLit/status/1864088610666143995
> https://x.com/wrestleLit/status/1864088112550514711
> https://x.com/wrestleLit/status/1864085488145256783
> https://x.com/wrestleLit/status/1864081919018942743
> https://x.com/wrestleLit/status/1864081318017130542
> https://x.com/wjuhot/status/1523684349207805952

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing works are unauthorized reproductions copied from my original videos that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.

ref:00DA0000000K0A8.500Vp00000FkC42:ref

## DMCA Takedown Notification #7

**From:** Twitter Support <support@twitter.com>
**Sent:** Wednesday, December 18, 2024 12:09 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0382444884 [ref:00DA0000000K0A8.500Vp00000Gftgr:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

----------------------------------------------------
Your ticket number: #0382444884

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:

22

> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 222 W Merchandise Mart Plaza #1305
City:
> Chicago
State/Province:
> [Empty]
Postal code:
> [Empty]
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Links to original work:
> https://www.youtube.com/watch?v=TLbuok62UuM

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/ohiodaddy330/status/1690380962931077121

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The infringing work is an unauthorized reproduction copied from my original video that I created and that I retain exclusive copyright to.

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.
ref:00DA0000000K0A8.500Vp00000Gftgr:ref

<u>DMCA Takedown Notification #8</u>

**From:** Twitter Support <support@twitter.com>
**Sent:** Sunday, December 29, 2024 2:13 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0382898293 [ref:00DA0000000K0A8.500Vp00000H74Ge:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0382898293

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=VjKK3OnCQAA
> https://www.youtube.com/watch?v=nO_E8WEj4xE

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/Justme0576314/status/1856306398143090927
> https://x.com/Hotrubbr/status/1872545781762469907

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not
authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that
I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US
.
ref:00DA0000000K0A8.500Vp00000H74Ge:ref

**Help** | **Privacy**
X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

<u>DMCA Takedown Notification #9</u>

**From:** Twitter Support <support@twitter.com>
**Sent:** Monday, January 6, 2025 11:27 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0383246633 [ref:00DA0000000K0A8.500Vp00000HTMOS:ref]

[External email - use caution]

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

--------------------------------------------------
Your ticket number: #0383246633

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:

> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=wWBs8dSzkFc
> https://www.youtube.com/watch?v=CJsIzItdrmM

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/footballprozone/status/1633691394790379521
> https://x.com/AddictAthletes/status/1675902171483717633

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.
ref:00DA0000000K0A8.500Vp00000HTMOS:ref

## DMCA Takedown Notification #10

**From:** Twitter Support <support@twitter.com>
**Sent:** Sunday, January 12, 2025 2:57 PM
**To:** nima@midwestwrestle.com
**Subject:** We got your report 0383514167 [ref:00DA0000000K0A8.500Vp00000Hknc1:ref]


[External email - use caution]


Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:

1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

---------------------------------------------------
Your ticket number: #0383514167

Copyright owner:

> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:
> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]


Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created
and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=ndvFd3c4brk

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL,
Fleet ID, etc.):
> https://x.com/arabi_babe/status/1856842205077672097

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right
to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized
reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs
and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is

infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

.

ref:00DA0000000K0A8.500Vp00000Hknc1:ref

**Help** | **Privacy**

X Corp. 865 FM 1209 Building 2 Bastrop, TX 78602

## DMCA Takedown Notification #11

**From:** X Legal Support <legal-support@x.com>
**Sent:** Sunday, February 9, 2025 11:47 PM
**Subject:** LEGAL-368019: DMCA - Copyright owner

_____
Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page:
https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

-------------------------------------------------
Your ticket number: LEGAL-368019

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:

> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/@MidwestWrestle/videos

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/andrewboychurch/status/1664673406711898113
> https://x.com/andrewboychurch/status/1721476665845662027
> https://x.com/andrewboychurch/status/1720119647184536013
> https://x.com/andrewboychurch/status/1686781391403675648
> https://x.com/andrewboychurch/status/1686781559872069632
> https://x.com/andrewboychurch/status/1686781666793332736
> https://x.com/andrewboychurch/status/1679571224794628102
> https://x.com/andrewboychurch/status/1679695263492100098
> https://x.com/andrewboychurch/status/1679695504542953472
> https://x.com/andrewboychurch/status/1668652069551747073
> https://x.com/andrewboychurch/status/1662819836714684416
> https://x.com/andrewboychurch/status/1659118877970927616
> https://x.com/andrewboychurch/status/1416369694714470402
> https://x.com/andrewboychurch/status/1566116167969677312
> https://x.com/andrewboychurch/status/1564207510911070208
> https://x.com/andrewboychurch/status/1541879363259756544

> https://x.com/andrewboychurch/status/1530648610287026176
> https://x.com/andrewboychurch/status/1409007419938672650
> https://x.com/andrewboychurch/status/1409006565093347332
> https://x.com/Band7894/status/1541891889074302976
> https://x.com/Fabiomassimo108/status/1650021551436120065
> https://x.com/Fabiomassimo108/status/1674787362449281024
> https://x.com/Fabiomassimo108/status/1864399960185143379
> https://x.com/Joshie15_15/status/1886068566782324784
> https://x.com/Joshie15_15/status/1886071976457802171
> https://x.com/Joshie15_15/status/1886072942355783901
> https://x.com/Joshie15_15/status/1886073193363894485
> https://x.com/Joshie15_15/status/1887575871856517294
> https://x.com/Joshie15_15/status/1887264801820135564
> https://x.com/Joshie15_15/status/1887264178970263825
> https://x.com/Joshie15_15/status/1885963306629767184
> https://x.com/Joshie15_15/status/1885962925115838968
> https://x.com/Joshie15_15/status/1885962264609505458
> https://x.com/Joshie15_15/status/1885961753671913502
> https://x.com/rgui3131/status/1861511644414681112
> https://x.com/sportsgearfet/status/1783489149380767817
> https://x.com/sportsgearfet/status/1785297419573600564
> https://x.com/sportsgearfet/status/1793621866638434791
> https://x.com/sportsgearfet/status/1797978058982592777
> https://x.com/sportsgearfet/status/1803055810307866635
> https://x.com/sportsgearfet/status/1804868000895705444
> https://x.com/sumrand0mstuff/status/1654381754642313218
> https://x.com/sumrand0mstuff/status/1668284959432355840

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

Additional alleged infringement occurring at a link not accepted by the standard form:
https://x.com/sportsgearfet/header_photo

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

## DMCA Takedown Notification #12

**From:** X Legal Support <legal-support@x.com>
**Sent:** Sunday, February 16, 2025 12:53 PM
**Subject:** LEGAL-411057: DMCA - Copyright owner

_____
Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page:
https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X


--------------------------------------------------
Your ticket number: LEGAL-411057

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:

> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/@MidwestWrestle/videos

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/WrestlerHype/status/1890936447030472892
> https://x.com/rameste802/status/1644842263288193024
> https://x.com/rameste802/status/1645506188220440576
> https://x.com/rameste802/status/1888035375861403695
> https://x.com/rameste802/status/1523623596568227842
> https://x.com/rameste802/status/1647929639875100673

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

## DMCA Takedown Notification #13

**From:** X Legal Support <legal-support@x.com>
**Sent:** Thursday, May 1, 2025 6:45 PM
**Subject:** LEGAL-766448: DMCA - Copyright owner

_____

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page:
https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

--------------------------------------------------
Your ticket number: LEGAL-766448

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:

> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60640
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/watch?v=Ez72KK51T6c
> https://www.youtube.com/watch?v=fzpU8XbyaRo
> https://www.youtube.com/watch?v=q-gnGIlpbyY
> https://www.youtube.com/watch?v=hHlQRbrRMBY
> https://www.youtube.com/watch?v=2uPyipRhB8Y
> https://www.youtube.com/watch?v=z6Wx0gLIRF0
> https://www.youtube.com/watch?v=IUEfBSQgKhM
> https://www.youtube.com/watch?v=ocCITivBdI4
> https://www.youtube.com/watch?v=t9wviS0Um7o
> https://www.youtube.com/watch?v=mE2JB6Xb3RQ
> https://www.youtube.com/watch?v=HKWFc0S2qxw
> https://www.youtube.com/watch?v=0kzzGQBfKA8
> https://www.youtube.com/watch?v=ogtW2T0Te58
> https://www.youtube.com/watch?v=XbjDf_gRVFk
> https://www.youtube.com/watch?v=6rpS7bhhOrg
> https://www.youtube.com/watch?v=pa0Z3Dmq4OE
> https://www.youtube.com/watch?v=nZSVIxuIAxs

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):

> https://x.com/wrestlingdad17/status/1739731724127420925
> https://x.com/Fabiomassimo108/status/1734627126370767100
> https://x.com/green_miura/status/1916696131616022766
> https://x.com/underweareric80/status/1915809511744671817
> https://x.com/jaybluepics/status/1890061221086581063
> https://x.com/Jocklove11/status/1624128955073589249
> https://x.com/BrosCheeksSmell/status/1871359582993535175
> https://x.com/BrosCheeksSmell/status/1870128997092176308
> https://x.com/BrosCheeksSmell/status/1869833626390839721
> https://x.com/BrosCheeksSmell/status/1869030047560151478
> https://x.com/BrosCheeksSmell/status/1866231868984606867
> https://x.com/BrosCheeksSmell/status/1862902961338245610
> https://x.com/green_miura/status/1917969873675624631
> https://x.com/shyorlandoguy/status/1751216390894235907
> https://x.com/kidzero225/status/1848921344261365923
> https://x.com/kidzero225/status/1750233235773112696
> https://x.com/kidzero225/status/1723536076323553362
> https://x.com/kidzero225/status/1714625080213275040
> https://x.com/kidzero225/status/1757252161686089945

Reported content:
> Video/Audiovisual Recording
Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US

## DMCA Takedown Notification #14

**From:** X Legal Support <legal-support@x.com>
**Sent:** Sunday, May 4, 2025 7:35 PM
**Subject:** LEGAL-782176: DMCA - Copyright owner

_____

Reply above this line.

Hello,

This is an auto-confirmation that we have received your copyright report. X will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on X:
1. X account publishing links to free downloads of copyright protected materials
2. X account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a X account background or profile image, or posts containing links to unauthorized publication of copyright protected materials, most likely, it is not a X copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page:
https://help.x.com/rules-and-policies/x-report-violation.

If you have concerns regarding an urgent issue relating to abuse or safety on X please refer to the X rules here: https://help.x.com/rules-and-policies/x-rules.

Thanks,

X

--------------------------------------------------
Your ticket number: LEGAL-782176

Copyright owner:
> Nima Gharavi D.B.A. Midwest Wrestle
Name:
> Nima Gharavi
Company:
> Midwest Wrestle
Job title:

> President
Email:
> nima@midwestwrestle.com

Address:
> 4610 North Clark St. #1098
City:
> Chicago
State/Province:
> IL
Postal code:
> 60657
Phone (optional):
> [Empty]
Fax (optional):
> [Empty]

Where is this infringement happening?
> Twitter
Description of original request:
> The alleged infringement involves one or more motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.

Links to original work:
> https://www.youtube.com/@MidwestWrestle/videos
> https://www.youtube.com/watch?v=nk9C0D9EPrI
> https://www.youtube.com/watch?v=-plRwmKW4w0
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdn5kwKhdKQC00Gj9xEIKYKG
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdlIFId3lBFhF0MAa8R4uw3F
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdmscZfUS6ruauiyRVjSdqQT
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdlGYu-f22vJPS4q4rrgawgx
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdmS9kVnN0tNxng5D92oJPmk
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdnfBG4J9aaR88Ly_yRdOJfJ
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdlauYi0ZnHKccGzz3MIU4AC
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdncUULCxR_BzFF2a9O3EIL2
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdkwdAvG5ZhKAZ36J5lGP6nI
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdlH3Ld__2VQo_B6vqePHv2t
> https://www.youtube.com/playlist?list=PLOnzT6aeYTdnIcZMK4N-ir9oFyG1psjCX

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, Fleet ID, etc.):
> https://x.com/MattyIce16002/status/1722407233940554190
> https://x.com/MattyIce16002/status/1750697188282294558
> https://x.com/MattyIce16002/status/1756381499585183760

> https://x.com/MattyIce16002/status/1757931102247797180
> https://x.com/MattyIce16002/status/1757931202105741640
> https://x.com/MattyIce16002/status/1760852764505027014
> https://x.com/MattyIce16002/status/1764497710474723502
> https://x.com/MattyIce16002/status/1769255321061425395
> https://x.com/MattyIce16002/status/1769778770167128194
> https://x.com/MattyIce16002/status/1775711527376499139
> https://x.com/MattyIce16002/status/1777135468796170584
> https://x.com/MattyIce16002/status/1778394122883039450
> https://x.com/MattyIce16002/status/1780036801224229087
> https://x.com/MattyIce16002/status/1783680129786368496
> https://x.com/MattyIce16002/status/1784663111212921318
> https://x.com/MattyIce16002/status/1784664323077316645
> https://x.com/MattyIce16002/status/1784664429583274257
> https://x.com/MattyIce16002/status/1785465626091307240
> https://x.com/MattyIce16002/status/1785466323687858653
> https://x.com/MattyIce16002/status/1786845124636336275
> https://x.com/MattyIce16002/status/1786901650981933209
> https://x.com/MattyIce16002/status/1787296588634681419
> https://x.com/MattyIce16002/status/1788022562766684606
> https://x.com/MattyIce16002/status/1788384450675372159
> https://x.com/MattyIce16002/status/1792750110646157732
> https://x.com/MattyIce16002/status/1794634634669818087
> https://x.com/MattyIce16002/status/1794635532347244565
> https://x.com/MattyIce16002/status/1794823775546142867
> https://x.com/MattyIce16002/status/1795648050981118164
> https://x.com/MattyIce16002/status/1796011646034284979
> https://x.com/MattyIce16002/status/1796017755935617149
> https://x.com/MattyIce16002/status/1796352269891637512
> https://x.com/MattyIce16002/status/1796352575920615905
> https://x.com/MattyIce16002/status/1797797994877890824
> https://x.com/MattyIce16002/status/1799869030410440925
> https://x.com/MattyIce16002/status/1802473507877441787
> https://x.com/MattyIce16002/status/1802522510954504366
> https://x.com/MattyIce16002/status/1802898423651180547
> https://x.com/MattyIce16002/status/1803584253093093714
> https://x.com/MattyIce16002/status/1803941133590106626
> https://x.com/MattyIce16002/status/1804705137853698511
> https://x.com/MattyIce16002/status/1805785220660003316
> https://x.com/MattyIce16002/status/1805797579277398096
> https://x.com/MattyIce16002/status/1806044926095831415
> https://x.com/MattyIce16002/status/1807170398645047528
> https://x.com/MattyIce16002/status/1807583555385774434
> https://x.com/MattyIce16002/status/1807621828526907554

> https://x.com/MattyIce16002/status/1807622154659193131
> https://x.com/MattyIce16002/status/1807622785046323451
> https://x.com/MattyIce16002/status/1807624148191002983
> https://x.com/MattyIce16002/status/1807624401061335060
> https://x.com/MattyIce16002/status/1808935110709743954
> https://x.com/MattyIce16002/status/1811574150315528673
> https://x.com/MattyIce16002/status/1811854529966620773
> https://x.com/MattyIce16002/status/1815223003640119381
> https://x.com/MattyIce16002/status/1816283268490113521
> https://x.com/MattyIce16002/status/1819737554553331902
> https://x.com/MattyIce16002/status/1822116167026159980
> https://x.com/MattyIce16002/status/1823159839868252303
> https://x.com/MattyIce16002/status/1823561623459524695
> https://x.com/MattyIce16002/status/1826997748257739223
> https://x.com/MattyIce16002/status/1827080053882286103
> https://x.com/MattyIce16002/status/1834383142905409735
> https://x.com/MattyIce16002/status/1835147884817261052
> https://x.com/MattyIce16002/status/1855439343323607249
> https://x.com/MattyIce16002/status/1863286059292921886
> https://x.com/MattyIce16002/status/1863431253640224916
> https://x.com/MattyIce16002/status/1918111179567763552
> https://x.com/MattyIce16002/status/1918118695735263658
> https://x.com/MattyIce16002/status/1874604951110144279
> https://x.com/MattyIce16002/status/1875959487179411914
> https://x.com/MattyIce16002/status/1886621077608051038
> https://x.com/MattyIce16002/status/1888270755265229114
> https://x.com/MattyIce16002/status/1892295252897038588
> https://x.com/MattyIce16002/status/1898054794675204372
> https://x.com/MattyIce16002/status/1902883005687009428
> https://x.com/MattyIce16002/status/1903632936924069978
> https://x.com/MattyIce16002/status/1911618351350030663
> https://x.com/MattyIce16002/status/1912661100232913346
> https://x.com/MattyIce16002/status/1917345546181751031
> https://x.com/MattyIce16002/status/1782884803794043175
> https://x.com/so_imagino/status/1808098882607284230
> https://x.com/NutxBusters/status/1785853133421437435
> https://x.com/behindtheballs/status/1889081892391235694
> https://x.com/hugyerbuds/status/1899245222330048531
> https://x.com/TravisLeeTucke1/status/1900024742419021940
> https://x.com/Daddy4twink40/status/1916472575485501592
> https://x.com/Daddy4twink40/status/1916472799310291041
> https://x.com/missouri653/status/1824637161964032314

Reported content:
> Video/Audiovisual Recording

Description of infringement:
> The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

512(f) Acknowledgement:
> I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

Good Faith Belief:
> I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Authority to Act:
> The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

Signature:
> Nima Gharavi
Country
> US