# Exhibit 6

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Requestor *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA SECTION 512(h) SUBPOENA TO X CORP. | Case No.: 3:25-mc-80056-LB<br><br>**DECLARATION IN SUPPORT OF REVISED REQUEST FOR SUBPOENA TO OBTAIN THE IDENTITY OF ONE OR MORE ALLEGED INFRINGERS PURSUANT TO 17 U.S.C. § 512(h)** |

I, Nima Gharavi, declare under penalty of perjury that the following is true and correct:

**Original Copyright Ownership and Infringement**

1. I am the original creator and exclusive owner of all copyrights in all motion pictures published to the YouTube channel https://www.youtube.com/MidwestWrestle (collectively the "Work") protected under U.S. copyright law.

2. I have reason to believe that one or more individuals have infringed my copyrights in the Work by publishing one or more unauthorized reproductions copied from the Work.

3. I sent one or more DMCA takedown notices (Exhibit 4) to X Corp. pursuant to 17 U.S.C. Section 512(c)(3)(A) regarding the alleged infringement.

4. I initially requested the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) to identify the alleged infringers.

5. I have a good faith belief that the use of the material in the manner complained of is not authorized by me, my agent, or the law.

**Procedural History**

6. On March 7, 2025, the Northern District of California issued the DMCA subpoena I requested.

7. On March 10, 2025, I had a third party serve the subpoena upon X Corp.'s registered agent CT Corporation System via hand-delivery. The subpoena's production deadline was March 31, 2025.

8. On March 10, 2025, I also sent X Corp.'s outside counsel courtesy copies of the subpoena and all of my filings including the request, the DMCA notices, and the declaration in support via email.

9. On March 21, 2025, outside counsel for X Corp. responded and requested an extension to April 7, 2025, which I granted.

10. X Corp. also requested a meet and confer via Zoom, which took place on March 27, 2025. During this call, X Corp.'s outside counsel asked me a series of questions to understand the context behind my subpoena in order to ascertain whether my subpoena was issued in good faith for bona fide copyright infringement enforcement.

11. On March 28, 2025, X Corp.'s counsel requested a follow-up call on April 2, 2025.

12. During the April 2, 2025 call, counsel for X Corp. implied that their compliance with my subpoena was conditioned on me amending my filing to include additional language addressing First Amendment concerns related to unmasking anonymous users.

13. X Corp.'s counsel shared with me a revised filing from another case (*Starto Entertainment, Inc.*) as an example of the language they required (Exhibit 8). For comparison, I am also providing the original *Starto* filing without X Corp.'s required language (Exhibit 7).

**Good Faith Filing and First Amendment Considerations**

14. I am filing this revised request in good faith to facilitate X Corp.'s compliance with the subpoena and to address potential First Amendment concerns.

15. I have reviewed the relevant legal authorities and am submitting this revised request with a proper understanding of the legal standards for unmasking anonymous users in copyright infringement cases.

16. I affirm that my request for this subpoena is solely for the purpose of identifying alleged copyright infringers in order to protect my rights under Title 17 of the United States Code.

17. The information sought through this subpoena will be used solely for the purpose of protecting my rights under Title 17.

18. I am not seeking this information for any improper purpose, such as harassment or to suppress legitimate speech.

19. The identifying information I seek is directly and materially relevant to my copyright infringement claims and is unavailable from any other source.

20. I have a good faith belief that the users identified in my DMCA notices have infringed upon my exclusive rights as a copyright owner, and the subpoena is necessary to identify these users so that I may protect my intellectual property rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2025 at Chicago, Illinois.

/s/ Nima Gharavi

Nima Gharavi

Requestor *Pro Se*