AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re DMCA 512(h) Subpoena to X Corp. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:25-mc-80056-LB |
| ) ) | |
| *Defendant* ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  X Corp., Attn: Safety - Legal Policy
865 FM 1209 Building 2 Bastrop, TX 78602

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment A

| Place: 29 Edgewater Court<br>San Rafael, CA 94903-2739<br>United States of America | Date and Time:<br>05/30/2025 5:05 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/07/2025

Mark B Busby
CLERK OF COURT

*Felicia Brown* Felicia Brown                OR

*Signature of Clerk or Deputy Clerk*                                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

Nima Gharavi
Pro Se, 4610 North Clark St. #1098, Chicago, IL 60640, +1 (773) 899-4688, dmca@midwestwrestle.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## ATTACHMENT A TO SUBPOENA TO X CORP.

<u>SCHEDULE OF DOCUMENTS TO BE PRODUCED</u>

For each of the thirty-eight (38) subsequently listed X Corp. user account(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena. *See In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena valid and enforceable to the extent it calls for the production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from [3 years, 2 months, and 26 days] to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts from [3 years, 2 months, and 26 days] to the date of the subpoena")

1

USER ACCOUNT(S) FROM DMCA NOTICE #1

1. **@tcnotyours** (tcnotyours) [https://x.com/tcnotyours]

    1. https://twitter.com/tcnotyours/status/1749985411525419150
    2. https://twitter.com/tcnotyours/status/1745654973168267281
    3. https://twitter.com/tcnotyours/status/1743690030680351152
    4. https://twitter.com/tcnotyours/status/1743434644530622507
    5. https://twitter.com/tcnotyours/status/1742400852369760396
    6. https://twitter.com/tcnotyours/status/1741840881752191140
    7. https://twitter.com/tcnotyours/status/1739706122133471368
    8. https://twitter.com/tcnotyours/status/1738774375908647099
    9. https://twitter.com/tcnotyours/status/1734781901372526929
    10. https://twitter.com/tcnotyours/status/1734048900921663562
    11. https://twitter.com/tcnotyours/status/1733607144207896823
    12. https://twitter.com/tcnotyours/status/1733562783071952928
    13. https://twitter.com/tcnotyours/status/1751721817427878252
    14. https://twitter.com/tcnotyours/status/1751000932907622622
    15. https://twitter.com/tcnotyours/status/1758685597751750944
    16. https://twitter.com/tcnotyours/status/1763758400763035720
    17. https://twitter.com/tcnotyours/status/1768472753290567792
    18. https://twitter.com/tcnotyours/status/1769425443671675279

19. https://twitter.com/tcnotyours/status/1771291274433196076

20. https://twitter.com/tcnotyours/status/1777030189744017755

21. https://twitter.com/tcnotyours/status/1781103019485970859

22. https://twitter.com/tcnotyours/status/1782839650958049322

23. https://twitter.com/tcnotyours/status/1784729591602426003

24. https://twitter.com/tcnotyours/status/1786830342499770395

25. https://twitter.com/tcnotyours/status/1659009440132022274

26. https://twitter.com/tcnotyours/status/1655222972230295552

27. https://twitter.com/tcnotyours/status/1654188754288902144

28. https://twitter.com/tcnotyours/status/1653768399749627910

29. https://twitter.com/tcnotyours/status/1653591148277952514

## USER ACCOUNT(S) FROM DMCA NOTICE #2

2. **@theSporty_Boy** [https://x.com/theSporty_Boy]

    1. https://twitter.com/theSporty_Boy/status/1768135764112552107

    2. https://twitter.com/theSporty_Boy/status/1764962559508046246

    3. https://twitter.com/theSporty_Boy/status/1762761305084264626

    4. https://twitter.com/theSporty_Boy/status/1768904282231722492

    5. https://twitter.com/theSporty_Boy/status/1743944314781159632

    6. https://twitter.com/theSporty_Boy/status/1636381520922562561

3

7. https://x.com/theSporty_Boy/status/1843659176456925678

8. https://x.com/theSporty_Boy/status/1841886019995447571

## USER ACCOUNT(S) FROM DMCA NOTICE #3

3. **@wrestlecake2** [https://x.com/wrestlecake2]

    1. https://x.com/wrestlecake2/status/1805679540410503679

4. **@BMSport5** (BMSport5) [https://x.com/BMSport5]

    1. https://x.com/BMSport5/status/1807186213138206742

    2. https://x.com/BMSport5/status/1806076474791018765

    3. https://x.com/BMSport5/status/1802427458060534028

    4. https://x.com/BMSport5/status/1801858599796326463

    5. https://x.com/BMSport5/status/1800249745077567844

    6. https://x.com/BMSport5/status/1799891299660681385

    7. https://x.com/BMSport5/status/1794628004275958034

    8. https://x.com/BMSport5/status/1792283183221817410

    9. https://x.com/BMSport5/status/1681656575390281730

    10. https://x.com/BMSport5/status/1681322202988150784

    11. https://x.com/BMSport5/status/1681034812243472386

    12. https://x.com/BMSport5/status/1679919328349519889

    13. https://x.com/BMSport5/status/1679202126684123140

14. https://x.com/BMSport5/status/1675487627057700864

15. https://x.com/BMSport5/status/1641714749179064321

16. https://x.com/BMSport5/status/1641078594670583810

17. https://x.com/BMSport5/status/1638582607754452994

18. https://x.com/BMSport5/status/1638191563388985354

19. https://x.com/BMSport5/status/1637838888864555008

20. https://x.com/BMSport5/status/1636750221303742464

21. https://x.com/BMSport5/status/1636460087748206598

22. https://x.com/BMSport5/status/1636017476705157120

23. https://x.com/BMSport5/status/1635684040526245904

24. https://x.com/BMSport5/status/1635307316341006336

25. https://x.com/BMSport5/status/1635028311566057472

26. https://x.com/BMSport5/status/1615436278123700225

27. https://x.com/BMSport5/status/1613215711505092630

28. https://x.com/BMSport5/status/1612846878726422529

29. https://x.com/BMSport5/status/1610749308055216128

30. https://x.com/BMSport5/status/1610003905357746179

31. https://x.com/BMSport5/status/1609536727747596291

32. https://x.com/BMSport5/status/1608886943785586688

33. https://x.com/BMSport5/status/1608502184223674377

34. https://x.com/BMSport5/status/1606928418125357056

35. https://x.com/BMSport5/status/1606564893926227969

36. https://x.com/BMSport5/status/1605498928828280832

37. https://x.com/BMSport5/status/1605225115733708802

38. https://x.com/BMSport5/status/1604886432669175808

39. https://x.com/BMSport5/status/1602717851944632321

40. https://x.com/BMSport5/status/1601872647536758786

41. https://x.com/BMSport5/status/1601616746816753667

42. https://x.com/BMSport5/status/1600523473549492227

43. https://x.com/BMSport5/status/1600188857097412608

44. https://x.com/BMSport5/status/1599899022009208833

45. https://x.com/BMSport5/status/1596152841604841472

46. https://x.com/BMSport5/status/1595879770339905543

47. https://x.com/BMSport5/status/1594251181962190848

48. https://x.com/BMSport5/status/1593894878383161345

49. https://x.com/BMSport5/status/1593020373259661313

50. https://x.com/BMSport5/status/1592610933683388416

51. https://x.com/BMSport5/status/1592197639105384448

52. https://x.com/BMSport5/status/1591825909039890434

53. https://x.com/BMSport5/status/1591477954407981056

54. https://x.com/BMSport5/status/1588805895018143744

55. https://x.com/BMSport5/status/1588569691160969216

56. https://x.com/BMSport5/status/1588229076308971520

57. https://x.com/BMSport5/status/1587531665177550854

58. https://x.com/BMSport5/status/1586744571643535361

59. https://x.com/BMSport5/status/1586087095583780864

60. https://x.com/BMSport5/status/1583196379929006081

61. https://x.com/BMSport5/status/1582811538607329282

62. https://x.com/BMSport5/status/1582377661371817985

63. https://x.com/BMSport5/status/1582094308668502016

64. https://x.com/BMSport5/status/1581721724650823680

65. https://x.com/BMSport5/status/1840086870694195696

66. https://x.com/BMSport5/status/1812414309995090408

## USER ACCOUNT(S) FROM DMCA NOTICE #4

5. **@tc_notyours** (tc) [https://x.com/tc_notyours]

    1. https://x.com/tc_notyours/status/1795177889488400514

    2. https://x.com/tc_notyours/status/1795907165028327901

    3. https://x.com/tc_notyours/status/1809071842616844748

    4. https://x.com/tc_notyours/status/1810330000467345459

7

6. **@wrestlingdad17** (wrestlingdad) [https://x.com/wrestlingdad17]

    1. https://twitter.com/wrestlingdad17/status/1717974034489491644
    2. https://twitter.com/wrestlingdad17/status/1718286794624577914
    3. https://twitter.com/wrestlingdad17/status/1738310601292624062
    4. https://twitter.com/wrestlingdad17/status/1740090996229284030
    5. https://twitter.com/wrestlingdad17/status/1785280070287786194
    6. https://twitter.com/wrestlingdad17/status/1642605504366104580
    7. https://twitter.com/wrestlingdad17/status/1705550429432508511
    8. https://x.com/wrestlingdad17/status/1816513648690683937
    9. https://x.com/wrestlingdad17/status/1838697127427383378
    10. https://x.com/wrestlingdad17/status/1739731724127420925

USER ACCOUNT(S) FROM DMCA NOTICE #5

7. **@GoodBuddyKIRK** (Good_Buddy) [https://x.com/GoodBuddyKIRK]

    1. https://x.com/GoodBuddyKIRK/status/1746643175945429029
    2. https://x.com/GoodBuddyKIRK/status/1746698404627906648
    3. https://x.com/GoodBuddyKIRK/status/1813089683775029329

USER ACCOUNT(S) FROM DMCA NOTICE #6

8. **@wrestleLit** (WrestleMe™) [https://x.com/wrestleLit]

    1. https://x.com/wrestleLit/status/1864090070141243447

2. https://x.com/wrestleLit/status/1864088610666143995

3. https://x.com/wrestleLit/status/1864088112550514711

4. https://x.com/wrestleLit/status/1864085488145256783

5. https://x.com/wrestleLit/status/1864081919018942743

6. https://x.com/wrestleLit/status/1864081318017130542

USER ACCOUNT(S) FROM DMCA NOTICE #7

9. **@ohiodaddy330** (Jay Tee) [https://x.com/ohiodaddy330]

   1. https://x.com/ohiodaddy330/status/1690380962931077121

USER ACCOUNT(S) FROM DMCA NOTICE #8

10. **@Hotrubbr** (Hotrubber) [https://x.com/Hotrubbr]

    1. https://x.com/Hotrubbr/status/1831568929703198850

    2. https://x.com/Hotrubbr/status/1844224947843105205

    3. https://x.com/Hotrubbr/status/1872545781762469907

11. **@Justme0576314** (Justme) [https://x.com/Justme0576314]

    1. https://x.com/Justme0576314/status/1856306398143090927

USER ACCOUNT(S) FROM DMCA NOTICE #9

12. **@footballprozone** (🏈) [https://x.com/footballprozone]

    1. https://x.com/footballprozone/status/1633691394790379521

13. **@AddictAthletes** (athletes.addict) [https://x.com/AddictAthletes]
    1. https://x.com/AddictAthletes/status/1675902171483717633
    2. https://x.com/AddictAthletes/status/1897404642113544656

## USER ACCOUNT(S) FROM DMCA NOTICE #10

14. **@arabi_babe** (✯ arabi babe ✯) [https://x.com/arabi_babe]
    1. https://x.com/arabi_babe/status/1856842205077672097

## USER ACCOUNT(S) FROM DMCA NOTICE #11

15. **@andrewboychurch** (Pandyman) [https://x.com/andrewboychurch]
    1. https://x.com/andrewboychurch/status/1664673406711898113
    2. https://x.com/andrewboychurch/status/1721476665845662027
    3. https://x.com/andrewboychurch/status/1720119647184536013
    4. https://x.com/andrewboychurch/status/1686781391403675648
    5. https://x.com/andrewboychurch/status/1686781559872069632
    6. https://x.com/andrewboychurch/status/1686781666793332736
    7. https://x.com/andrewboychurch/status/1679571224794628102
    8. https://x.com/andrewboychurch/status/1679695263492100098
    9. https://x.com/andrewboychurch/status/1679695504542953472
    10. https://x.com/andrewboychurch/status/1668652069551747073
    11. https://x.com/andrewboychurch/status/1662819836714684416
    12. https://x.com/andrewboychurch/status/1659118877970927616
    13. https://x.com/andrewboychurch/status/1416369694714470402

14. https://x.com/andrewboychurch/status/1566116167969677312

15. https://x.com/andrewboychurch/status/1564207510911070208

16. https://x.com/andrewboychurch/status/1541879363259756544

17. https://x.com/andrewboychurch/status/1530648610287026176

18. https://x.com/andrewboychurch/status/1409007419938672650

19. https://x.com/andrewboychurch/status/1409006565093347332

16. **@Band7894** (bb5678) [https://x.com/Band7894]

    1. https://x.com/Band7894/status/1541891889074302976

17. **@Fabiomassimo108** (I like boys (funny, no porn))

    [https://x.com/Fabiomassimo108]

    1. https://x.com/Fabiomassimo108/status/1650021551436120065

    2. https://x.com/Fabiomassimo108/status/1674787362449281024

    3. https://x.com/Fabiomassimo108/status/1864399960185143379

    4. https://x.com/Fabiomassimo108/status/1734627126370767100

18. **@Joshie15_15** (Joshie15_15) [https://x.com/Joshie15_15]

    1. https://x.com/Joshie15_15/status/1886068566782324784

    2. https://x.com/Joshie15_15/status/1886071976457802171

    3. https://x.com/Joshie15_15/status/1886072942355783901

    4. https://x.com/Joshie15_15/status/1886073193363894485

    5. https://x.com/Joshie15_15/status/1887575871856517294

    6. https://x.com/Joshie15_15/status/1887264801820135564

    7. https://x.com/Joshie15_15/status/1887264178970263825

    8. https://x.com/Joshie15_15/status/1885963306629767184

    9. https://x.com/Joshie15_15/status/1885962925115838968

10. https://x.com/Joshie15_15/status/1885962264609505458

11. https://x.com/Joshie15_15/status/1885961753671913502

19. **@rgui3131** (rgui31FRES🚴) [https://x.com/rgui3131]

    1. https://x.com/rgui3131/status/1861511644414681112

20. **@sportsgearfet** (Sportsgearfet) [https://x.com/sportsgearfet]

    1. https://x.com/sportsgearfet/status/1783489149380767817

    2. https://x.com/sportsgearfet/status/1785297419573600564

    3. https://x.com/sportsgearfet/status/1793621866638434791

    4. https://x.com/sportsgearfet/status/1797978058982592777

    5. https://x.com/sportsgearfet/status/1803055810307866635

    6. https://x.com/sportsgearfet/status/1804868000895705444

21. **@sumrand0mstuff** (Sum random dude) [https://x.com/sportsgearfet]

    1. https://x.com/sumrand0mstuff/status/1654381754642313218

    2. https://x.com/sumrand0mstuff/status/1668284959432355840

### USER ACCOUNT(S) FROM DMCA NOTICE #12

22. **@WrestlerHype** (the Wrestler Hype) [https://x.com/WrestlerHype]

    1. https://twitter.com/WrestlerHype/status/1636206880132329473

    2. https://x.com/WrestlerHype/status/1890936447030472892

    3. https://x.com/WrestlerHype/status/1895305865030443126

23. **@rameste802** (CristianRamírez) [https://x.com/rameste802]

    1. https://twitter.com/rameste802/status/1635342845275172864

    2. https://twitter.com/rameste802/status/1744377354799984826

    3. https://twitter.com/rameste802/status/1703249606455578743

12

4. https://twitter.com/rameste802/status/1705048442865856667
5. https://twitter.com/rameste802/status/1704675886606487559
6. https://twitter.com/rameste802/status/1704670483017552204
7. https://twitter.com/rameste802/status/1706215045477331355
8. https://twitter.com/rameste802/status/1707282086409929048
9. https://twitter.com/rameste802/status/1537472046304792576
10. https://twitter.com/rameste802/status/1537471934065217536
11. https://twitter.com/rameste802/status/1537471836417556483
12. https://twitter.com/rameste802/status/1537471734416396290
13. https://twitter.com/rameste802/status/1716113471182450730
14. https://twitter.com/rameste802/status/1716113282547790153
15. https://x.com/rameste802/status/1644842263288193024
16. https://x.com/rameste802/status/1645506188220440576
17. https://x.com/rameste802/status/1888035375861403695
18. https://x.com/rameste802/status/1523623596568227842
19. https://x.com/rameste802/status/1647929639875100673

USER ACCOUNT(S) FROM DMCA NOTICE #13

24. **@green_miura** (GREEN MIURA) [https://x.com/green_miura]

1. https://x.com/green_miura/status/1916696131616022766
2. https://x.com/green_miura/status/1917969873675624631

25. **@shyorlandoguy** (shyorlandoguy) [https://x.com/shyorlandoguy]

1. https://x.com/shyorlandoguy/status/1751216390894235907

26. **@underweareric80** (underweareric) [https://x.com/underweareric80]

13

1. https://x.com/underweareric80/status/1915809511744671817

27. **@jaybluepics** (Danny) [https://x.com/jaybluepics]

    1. https://x.com/jaybluepics/status/1890061221086581063

28. **@Jocklove11** (Jocklove1) [https://x.com/Jocklove11]

    1. https://x.com/Jocklove11/status/1624128955073589249

29. **@BrosCheeksSmell** (FunkyButtGooner) [https://x.com/BrosCheeksSmell]

    1. https://x.com/BrosCheeksSmell/status/1871359582993535175
    2. https://x.com/BrosCheeksSmell/status/1870128997092176308
    3. https://x.com/BrosCheeksSmell/status/1869833626390839721
    4. https://x.com/BrosCheeksSmell/status/1869030047560151478
    5. https://x.com/BrosCheeksSmell/status/1866231868984606867
    6. https://x.com/BrosCheeksSmell/status/1862902961338245610

30. **@kidzero225** (James) [https://x.com/kidzero225]

    1. https://x.com/kidzero225/status/1848921344261365923
    2. https://x.com/kidzero225/status/1750233235773112696
    3. https://x.com/kidzero225/status/1723536076323553362
    4. https://x.com/kidzero225/status/1714625080213275040
    5. https://x.com/kidzero225/status/1757252161686089945

## USER ACCOUNT(S) FROM DMCA NOTICE #14

31. **@so_imagino** (PZ ⚽) [https://x.com/so_imagino]

    1. https://x.com/so_imagino/status/1808098882607284230

32. **@NutxBusters** (❤️🔥) [https://x.com/NutxBusters]

    1. https://x.com/NutxBusters/status/1785853133421437435

33. **@behindtheballs** (behind the balls) [https://x.com/behindtheballs]
    1. https://x.com/behindtheballs/status/1889081892391235694
34. **@hugyerbuds** (Coach TJ) [https://x.com/hugyerbuds]
    1. https://x.com/hugyerbuds/status/1899245222330048531
35. **@TravisLeeTucke1** (TravisLeeTucker) [https://x.com/TravisLeeTucke1]
    1. https://x.com/TravisLeeTucke1/status/1900024742419021940
36. **@Daddy4twink40** (Daddy4twink) [https://x.com/Daddy4twink40]
    1. https://x.com/Daddy4twink40/status/1916472575485501592
    2. https://x.com/Daddy4twink40/status/1916472799310291041
37. **@missouri653** (Missouri653) [https://x.com/missouri653]
    1. https://x.com/missouri653/status/1824637161964032314
38. **@MattyIce16002** (Men for Men viewing) [https://x.com/MattyIce16002]
    1. https://x.com/MattyIce16002/status/1722407233940554190
    2. https://x.com/MattyIce16002/status/1750697188282294558
    3. https://x.com/MattyIce16002/status/1756381499585183760
    4. https://x.com/MattyIce16002/status/1757931102247797180
    5. https://x.com/MattyIce16002/status/1757931202105741640
    6. https://x.com/MattyIce16002/status/1760852764505027014
    7. https://x.com/MattyIce16002/status/1764497710474723502
    8. https://x.com/MattyIce16002/status/1769255321061425395
    9. https://x.com/MattyIce16002/status/1769778770167128194
    10. https://x.com/MattyIce16002/status/1775711527376499139
    11. https://x.com/MattyIce16002/status/1777135468796170584
    12. https://x.com/MattyIce16002/status/1778394122883039450

13. https://x.com/MattyIce16002/status/1780036801224229087
14. https://x.com/MattyIce16002/status/1783680129786368496
15. https://x.com/MattyIce16002/status/1784663111212921318
16. https://x.com/MattyIce16002/status/1784664323077316645
17. https://x.com/MattyIce16002/status/1784664429583274257
18. https://x.com/MattyIce16002/status/1785465626091307240
19. https://x.com/MattyIce16002/status/1785466323687858653
20. https://x.com/MattyIce16002/status/1786845124636336275
21. https://x.com/MattyIce16002/status/1786901650981933209
22. https://x.com/MattyIce16002/status/1787296588634681419
23. https://x.com/MattyIce16002/status/1788022562766684606
24. https://x.com/MattyIce16002/status/1788384450675372159
25. https://x.com/MattyIce16002/status/1792750110646157732
26. https://x.com/MattyIce16002/status/1794634634669818087
27. https://x.com/MattyIce16002/status/1794635532347244565
28. https://x.com/MattyIce16002/status/1794823775546142867
29. https://x.com/MattyIce16002/status/1795648050981118164
30. https://x.com/MattyIce16002/status/1796011646034284979
31. https://x.com/MattyIce16002/status/1796017755935617149
32. https://x.com/MattyIce16002/status/1796352269891637512
33. https://x.com/MattyIce16002/status/1796352575920615905
34. https://x.com/MattyIce16002/status/1797797994877890824
35. https://x.com/MattyIce16002/status/1799869030410440925
36. https://x.com/MattyIce16002/status/1802473507877441787

37. https://x.com/MattyIce16002/status/1802522510954504366
38. https://x.com/MattyIce16002/status/1802898423651180547
39. https://x.com/MattyIce16002/status/1803584253093093714
40. https://x.com/MattyIce16002/status/1803941133590106626
41. https://x.com/MattyIce16002/status/1804705137853698511
42. https://x.com/MattyIce16002/status/1805785220660003316
43. https://x.com/MattyIce16002/status/1805797579277398096
44. https://x.com/MattyIce16002/status/1806044926095831415
45. https://x.com/MattyIce16002/status/1807170398645047528
46. https://x.com/MattyIce16002/status/1807583555385774434
47. https://x.com/MattyIce16002/status/1807621828526907554
48. https://x.com/MattyIce16002/status/1807622154659193131
49. https://x.com/MattyIce16002/status/1807622785046323451
50. https://x.com/MattyIce16002/status/1807624148191002983
51. https://x.com/MattyIce16002/status/1807624401061335060
52. https://x.com/MattyIce16002/status/1808935110709743954
53. https://x.com/MattyIce16002/status/1811574150315528673
54. https://x.com/MattyIce16002/status/1811854529966620773
55. https://x.com/MattyIce16002/status/1815223003640119381
56. https://x.com/MattyIce16002/status/1816283268490113521
57. https://x.com/MattyIce16002/status/1819737554553331902
58. https://x.com/MattyIce16002/status/1822116167026159980
59. https://x.com/MattyIce16002/status/1823159839868252303
60. https://x.com/MattyIce16002/status/1823561623459524695

61. https://x.com/MattyIce16002/status/1826997748257739223
62. https://x.com/MattyIce16002/status/1827080053882286103
63. https://x.com/MattyIce16002/status/1834383142905409735
64. https://x.com/MattyIce16002/status/1835147884817261052
65. https://x.com/MattyIce16002/status/1855439343323607249
66. https://x.com/MattyIce16002/status/1863286059292921886
67. https://x.com/MattyIce16002/status/1863431253640224916
68. https://x.com/MattyIce16002/status/1918111179567763552
69. https://x.com/MattyIce16002/status/1918118695735263658
70. https://x.com/MattyIce16002/status/1874604951110144279
71. https://x.com/MattyIce16002/status/1875959487179411914
72. https://x.com/MattyIce16002/status/1886621077608051038
73. https://x.com/MattyIce16002/status/1888270755265229114
74. https://x.com/MattyIce16002/status/1892295252897038588
75. https://x.com/MattyIce16002/status/1898054794675204372
76. https://x.com/MattyIce16002/status/1902883005687009428
77. https://x.com/MattyIce16002/status/1903632936924069978
78. https://x.com/MattyIce16002/status/1911618351350030663
79. https://x.com/MattyIce16002/status/1912661100232913346
80. https://x.com/MattyIce16002/status/1917345546181751031
81. https://x.com/MattyIce16002/status/1782884803794043175